United States District Court
Southern District of Texas
FILED

APR 19 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE and ACCESORIOS ILIMITADOS | * * * |
| VS. | * CIVIL ACTION NO. B-02.079 |
| | * |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST | * * |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME Defendants, William F. Protz, Jr. and Santa's Best, and for their Notice of Removal, state as follows:

1. Plaintiffs commenced this action against the Defendants in the District Court for the 138th Judicial District, Cameron County, Texas, on March 8, 2002. A copy of Plaintiffs' Original Petition was served on the Defendants on March 27, 2002. This Notice is filed within thirty (30) days after service of Plaintiffs' Original Petition.

2. Upon information and belief, at the time this action was commenced and ever since, Plaintiff Accesorios Ilimitados has been a corporation organized and existing under the laws of Mexico with its principal place of business in Matamoros, Mexico.

3. Upon information and belief, at the time this action was commenced and ever since, Plaintiff Border Alliance, L.L.C. was and has been a Texas limited liability company and all of its members were and have been citizens of Texas.

4. At the time this action was commenced and ever since, Defendant William F. Protz, Jr. was and has been a citizen of Illinois.

5. At the time this action was commenced and ever since, Defendant Santa's Best was and has been an Illinois general partnership. Santa's Best's partners were and have been A-Chicago Tech, L.L.C., which was and has been a citizen of Illinois and

Florida[1], and Tinsel/Ruff Group Limited Partnership, which was and has been a citizen of Illinois, Wisconsin, and Connecticut.[2]

6. Defendant would further show the Court that Plaintiffs' Original Petition seeks unspecified damages; however, based on the allegations and damages alleged in Plaintiffs' pleadings, Plaintiffs are seeking to recover from Defendants damages in excess of $75,000.00. Therefore, the amount in controversy in this case exceeds $75,000, exclusive of interest and costs.

7. This is a civil action over which the United States district courts have original jurisdiction under 28 U.S.C. § 1332.

8. Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioners to Plaintiffs and their counsel has been provided as required by law. A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

9. This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiffs' Original Petition on Defendants and within one year of the initial filing of the lawsuit.

10. Defendants have attached to this Notice copies of all process, pleadings, and orders that have been served on them.

---

[1] The members of A-Chicago Tech, L.L.C., which is a Delaware L.L.C., are and have been citizens of Illinois and Florida since this case was commenced. A-Chicago Tech, L.L.C.'s members were, and have been ever since this case was commenced, four express trusts; Ruff Investment A Trust, Ruff Family GST Trust, Edward H. Ruff Revocable Trust, and William Protz Investment Trust. Donald A. Glassberg, who is a citizen of Illinois, is the trustee of Ruff Investment A Trust, Ruff Family GST Trust, and William Protz Investment Trust. Edward H. Ruff, who is a citizen of Florida, is the trustee of Edward H. Ruff Revocable Trust. The trustees of the above-referenced trusts are active trustees whose control over the assets held in their names is real and substantial.

[2] At the time this action was commenced and ever since, Tinsel/Ruff Group Limited Partnership's general partners were and have been National Tinsel Mfg. Co., which was and has been a corporation organized and existing under the laws of Wisconsin with its principal place of business in Illinois, and Edward H. Ruff and Associates, Inc., which was and has been a corporation organized and existing under the laws of Illinois with its principal place of business in Illinois. Tinsel/Ruff Group Limited Partnership57;s limited partners were and have all been citizens of Illinois or Connecticut.

WHEREFORE, Defendants pray that this case be removed from the 138th Judicial District Court of Cameron County, Texas to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170


Beau T. Greiman
Illinois Bar No. 6225076
LEVENFELD PEARLSTEIN
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
Telephone: (312) 346-8380
Telecopier: (312) 346-8434


ATTORNEYS FOR DEFENDANTS, WILLIAM F. PROTZ, JR. AND SANTA'S BEST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

> Phil A. Bellamy
> Law Office of Phil A. Bellamy
> 815 Ridgewood
> Brownsville, Texas 78520
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 19th day of April, 2002.

_____
Joseph A. "Tony" Rodriguez w/ permission McPhelus

```
RUN DATE 04/18/02                                                                              PAGE: 01
RUN TIME 10:03 AM                                                                              2002-03-001019-B

           *         *         *    C L E R K ' S   E N T R I E S    *         *         03        08        02

BORDER ALLIANCE & ACCESORIOS ILIMITADOS           00389001                  (06)
                                                  HON. PHIL BELLAMY
                   VS                             815 RIDGEWOOD             BREACH OF CONTRACT
                                                  BROWNSVILLE, TX   78520 0000
WILLIAM F. PROTZ, JR. & SANTA'S BEST


                                        03/08/02  ORIGINAL PETITION FILED
                                        03/08/02  CITATION: WILLIAM F. PROTZ, JR.
                                        03/08/02     SERVED: 03/27/20         FILED: 04/08/02
                                        03/08/02  CITATION: SANTA'S BEST
                                        03/08/02     SERVED: 03/27/02         FILED: 04/08/02
```

CAUSE NO. 2002-03-1019-B

| | | |
|---|---|---|
| BORDER ALLIANCE AND ACCESORIOS ILIMITADOS | § § § | IN THE DISTRICT COURT |
| VS. | § § § | 138 JUDICIAL DISTRICT |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § | CAMERON COUNTY, TEXAS |

AURORA DE LA GARZA DIST. CLERK
MAR 0 8 2002
DISTRICT COURT OF CAMERON COUNTY, TEXAS

### PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Border Alliance and Accesorios Ilimitados, Plaintiffs, file this their Original Petition, complaining of William F. Protz, Jr. and Santa's Best, Defendants, and for cause of action would show the following:

I

Plaintiffs intend to conduct discovery under Level 3 of Rule 190 of the Texas Rules of Civil Procedure.

II

Defendant William F. Protz, Jr. is a natural person residing in Illinois. William F. Protz, Jr. may be served with service of citation at his place of employment, 770 Frontage Road, Suite 160, Northfield, Illinois.

Defendant Santa's Best is an Illinois partnership doing business in Texas. Santa's Best may be served with service of citation by serving its president and a partner of Santa's Best, William F. Protz, Jr., at 770 Frontage Road, Suite 160, Northfield, Illinois.

Plaintiffs reserve the right to add additional parties.

III

In 1995, Defendant Santa's Best and Defendant William F. Protz, Jr. entered into various contracts with Plaintiff Border Alliance and third parties in connection with a maquiladora operation run in Matamoros, Tamaulipas, Mexico on behalf of Defendant Santa's Best by Border Alliance. Under these contracts, Santa's Best obligated itself to pay all taxes, liquidations of not more than twenty union workers plus additional personnel, and fire and theft insurance to cover Santa's Best's product. Under these agreements, Santa's Best also agreed to pay rent at the facility in Matamoros at a rate of $3,600.00 per month through February 2000 and at a rate of $4,600.00 per month thereafter until December 31, 2003. In addition to reimbursing or directly paying the expenses and costs of the operation, Santa's Best also agreed to pay Border Alliance a piece rate amount for various products over time.

IV

Defendants have made the decision to abandon the operations in Mexico and they refuse to fulfill their contractual obligations. The refusal by Defendants to fulfil their obligations exposes Plaintiffs to damage claims by third parties, including lawsuits in Mexico.

Further, Santa's Best's wrongful actions interfere with Plaintiffs' ability to conduct business in Mexico now and in the future.

V

For several months, Plaintiffs have demanded that Defendants fulfill their obligations and Defendants refuse to comply.

## VI

Pursuant to the Chapter 37 of the Texas Civil Practices and Remedies Code, Plaintiffs seek a declaratory judgment declaring that Defendants are obligated to fulfill the obligations described above and that Defendants are in breach.

Further, Plaintiffs seek a determination of their damages, including indemnification for third party liability.

## VII

Further, Plaintiffs seek the recovery of their actual damages flowing from Defendants' breaches of contracts, including but not limited to loss of profits and loss of goodwill.

## VIII

Plaintiffs seek the recovery of their attorney's fees and costs pursuant to Section 37.009 and Section 38.001 of the Civil Practice and Remedies Code.

## IX

Plaintiffs reserve the right to supplement to include other causes of action, including but not limited to tortious interference with prospective contracts.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs requests that Defendants be cited to appear and answer, and that on final trial Plaintiffs have a declaratory judgement, a judgment for the recovery of their actual damages, attorney's fees, costs, prejudgment and post judgment interest as provided by law, and any other and further relief, at law or in

equity, legal or special, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065    389001

Attorney for Plaintiffs

TYPE LAW               SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS           DISTRICT 202

SHERIFF'S NUMBER 102042-002D CASE NUMBER 200203001019 DEPUTY: S DAVIS 3980

FILED DT 03-15-2002  RECEIVED DT 03-18-2002  DIE DT 03-29-2002 MULTIPLE SERVICE 2

DEFENDANT                                            ATTORNEY
PROTZ, WILLIAM JR                                    PHIL A BELLAMY
770   FRONTAGE RD                                    815 RIDGE WOOD
NORTHFIELD IL. 00000                                 BROWNSVILLE TX. 00000
# 160
PLAINTIFF THE STATE OF TEXAS

SERVICE INFORMATION: AT

PERSONAL SERVICE ONLY     APR 08 2002

FILED ___ O'CLOCK ___ M
AURORA DE LA GARZA, DIST. CLERK

Rosie Sotelo

*************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:
..X.1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
      NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE
      COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE
      FAMILY, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
      THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
      _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
      PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
      SAID PARTY REFUSED NAME _____
.....3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____
      BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
      REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B) MICHAEL F. SHEAHAN, SHERIFF, BY: _____Davis 3980_____, DEPUTY
   1 SEX M M/F   RACE W   AGE 63
   2 NAME OF DEFENDANT PROTZ, WILLIAM JR
     WRIT SERVED ON William Protz Jr
     THIS 27 DAY OF Mar, 20 02 TIME 10:42 A.M./P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.
 TYPE OF BLDG  Off                              ATTEMPTED SERVICES

 NEIGHBORS NAME _____                  DATE      TIME A.M./P.M.
       ADDRESS _____                   3-26      6:23 pm
                                                3-27      10:42 am 3980
   REASON NOT SERVED:
                       07 EMPLOYER REFUSAL
   01 MOVED            08 RETURNED BY ATTY
   02 NO CONTACT       09 DECEASED
   03 EMPTY LOT        10 BLDG DEMOLISHED
   04 NOT LISTED       11 NO REGISTERED AGT.
   05 WRONG ADDRESS    12 OTHER REASONS
   06 NO SUCH ADDRESS  13 OUT OF COUNTY

TYPE LAW           SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS    DISTRICT 202
                                                                ** WAGE DEDUCTION **

SHERIFF'S NUMBER 102042-001D  CASE NUMBER 200203001019  DEPUTY: J DAVIS 3980

FILED DT 03-15-2002  RECEIVED DT 03-18-2002  DIE DT 03-29-2002  MULTIPLE SERVICE  1
     DEFENDANT                                ATTORNEY
SANTA'S BEST                                  OFFICE OF PHIL A BELLAMY
770   FRONTAGE RD                             815 RIDGEWOOD
NORTHFIELD IL. 00000                          BROWNSVILLE TX. 00000

PLAINTIFF THE STATE OF TEXAS

SERVICE INFORMATION: AT

**FOREIGN**

FILED _____ O'CLOCK
AURORA DE LA GARZA, DIST CLERK
APR 08 2002

DISTRICT COURT, CAMERON COUNTY
BY Rosie Sotelo

**********************************************************************
RETURN OF WAGE DEDUCTION SUMMONS ONLY BY SHERIFF:

CODE OF CIVIL PROCEDURES SEC. 12-806

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE GARNISHEE DEFENDANT TOGETHER
     WITH FOUR (4) COPIES OF THE WRITTEN INTERROGATORIES AND ONE (1) OF THE
     WAGE DEDUCTION OF THE JUDGMENT OR CERTIFICATION, AND ONE (1) OF THE
     WAGE DEDUCTION NOTICE SPECIFIED IN SEC. 12-805 OF THE DEDUCTION ACT AS
     FOLLOWS:

  ..X..SERVICE ON: CORPORATION ___ COMPANY X BUSINESS ___ PARTNERSHIP ___
     BY LEAVING COPIES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR
     PARTNER OF THE DEFENDANT


(B) MICHAEL F. SHEAHAN, SHERIFF, BY: ___J Davis 3980___, DEPUTY

    1  SEX M M/F   RACE W   AGE 63
    2  NAME OF DEFENDANT SANTA'S BEST
       WRIT SERVED ON A/P William Protz jr
       THIS 27 DAY OF Mar, 2002  TIME 10:42 A.M./P.M.

    ADDITIONAL REMARKS _____

**********************************************************************

    THE NAMED DEFENDANT WAS NOT SERVED.
    TYPE OF BLDG ___office___                    ATTEMPTED SERVICES

    NEIGHBORS NAME _____        DATE    TIME A.M./P.M.

         ADDRESS _____      3-27   10:42AM 3980

              REASON NOT SERVED:                  ___    __:__  ___
                       07 EMPLOYER REFUSAL
    01 MOVED          08 RETURNED BY ATTY         ___    __:__  ___
    02 NO CONTACT     09 DECEASED
    03 EMPTY LOT      10 BLDG DEMOLISHED          ___    __:__  ___
    04 NOT LISTED     11 NO REGISTERED AGT.
    05 WRONG ADDRESS  12 OTHER REASONS            ___    __:__  ___
    06 NO SUCH ADDRESS 13 OUT OF COUNTY

Citation for Personal Service - NON-RESIDENT NOTICE    Lit. Seq. # 5.003.01

No. 2002-03-001019-B

THE STATE OF TEXAS    ORIGINAL

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: WILLIAM F. PROTZ, JR.
770 FRONTAGE ROAD, STE. 160
NORTHFIELD, ILLINOIS

the     DEFENDANT    , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said     PETITION    was filed on MARCH 08, 2002. A copy of same accompanies this citation.

The file number of said suit being No. 2002-03-001019-B.

The style of the case is:

BORDER ALLIANCE & ACCESORIOS ILIMITADOS
VS.
WILLIAM F. PROTZ, JR. & SANTA'S BEST

Said petition was filed in said court by     HON. PHIL BELLAMY    
(Attorney for     PLAINTIFF    ), whose address is
815 RIDGEWOOD BROWNSVILLE, TX 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 8th day of MARCH, A.D. 2002.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: [signature], Deputy

Citation for Personal Service - NON-RESIDENT NOT___ Lit. Seq. # 5.004.01

No. 2002-03-001019-B

ORIGINAL

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: SANTA'S BEST
ITS PRESIDENT & A PARTNER
770 FRONTAGE ROAD, ST. 160
NORTHFIELD, ILLINOIS

the ___DEFENDANT___, GREETING:

You are commanded to appear by filing a written answer to the
PLAINTIFFS' ORIGINAL PETITION
at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ___PETITION___ was filed on ___MARCH 08, 2002___. A copy of same accompanies this citation.

The file number of said suit being No. 2002-03-001019-B.

The style of the case is:

BORDER ALLIANCE & ACCESORIOS ILIMITADOS
VS.
WILLIAM F. PROTZ, JR. & SANTA'S BEST

Said petition was filed in said court by ___HON. PHIL BELLAMY___
(Attorney for ___PLAINTIFF___), whose address is
815 RIDGEWOOD BROWNSVILLE, TX 78520.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 8th day of MARCH, A.D. 2002.

___AURORA DE LA GARZA___, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

_____, Deputy

## CAUSE NO. 2002-03-1019-B

| | | |
|---|---|---|
| BORDER ALLIANCE and<br>ACCESORIOS ILIMITADOS | * <br> * <br> * | IN THE DISTRICT COURT |
| VS. | * <br> * | CAMERON COUNTY, TEXAS |
| WILLIAM F. PROTZ, JR. and<br>SANTA'S BEST | * <br> * | 138th JUDICIAL DISTRICT |

### NOTICE TO THE DISTRICT CLERK OF FILING
### OF NOTICE OF REMOVAL

TO: HONORABLE AURORA DE LA GARZA
Cameron County District Clerk
Cameron County Courthouse
974 East Harrison
Brownsville, Texas 7850

You will please take notice that Defendants William F. Protz, Jr. and Santa's Best have filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: <u>Border Alliance and Accesorios Ilimitados v. William F. Protz, Jr. and Santa's Best</u>, originally filed in the 138th Judicial District Court of Cameron County, Texas, Cause Number 2002-03-1019-B, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 138th Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendants, through their attorney, on this the 19th day of April, 2002.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez *M permission M ctortour*
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170


Beau T. Greiman
Illinois Bar No. 6225076
LEVENFELD PEARLSTEIN
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
Telephone: (312) 346-8380
Telecopier: (312) 346-8434


ATTORNEYS FOR DEFENDANTS, WILLIAM
F. PROTZ, JR. AND SANTA'S BEST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

>Phil A. Bellamy
>Law Office of Phil A. Bellamy
>815 Ridgewood
>Brownsville, Texas 78520
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 19th day of April, 2002.

_____
Joseph A. "Tony" Rodriguez

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE and <br> ACCESORIOS ILIMITADOS <br><br> VS. <br><br> WILLIAM F. PROTZ, JR. and <br> SANTA'S BEST | * <br> * <br> * <br> *   CIVIL ACTION NO. B-02 079 <br> * <br> * <br> * |

## INDEX OF DOCUMENTS FILED

1. Civil Cover Sheet

2. Notice of Removal with following attachments:

    a. State Court's Docket Sheet
    b. Plaintiffs' Original Petition
    c. Citation served on William F. Protz, Jr.
    d. Citation served on Santa's Best

3. Notice to District Clerk of Filing of Notice of Removal

4. Index of Attorneys

5. Index of Documents Filed

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE and ACCESORIOS ILIMITADOS | * * * | |
| VS. | * * | CIVIL ACTION NO. B-02 079 |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST | * * | |

## INDEX OF ATTORNEYS

1. Phil A. Bellamy
   State Bar No. 00787065
   Federal Admissions No. unknown
   Law Office of Phil A. Bellamy
   815 Ridgewood
   Brownsville, Texas 78520
   (956) 546-9345
   Fax (956) 544-7201
   Attorneys for Plaintiffs Border Alliance and Accesorios Ilimitados

2. Joseph A. "Tony" Rodriguez
   State Bar No. 17146600
   Federal Admissions No. 10107
   Rodriguez, Colvin & Chaney, L.L.P.
   1201 East Van Buren
   Post Office Box 2155
   Brownsville, Texas 78522
   (956) 542-7441
   Fax (956) 541-2170
   Attorneys for Defendants William F. Protz, Jr. and Santa's Best

3. Beau T. Greiman
   Illinois Bar No. 6225076
   Levenfeld Pearlstein
   33 West Monroe Street, 21st Floor
   Chicago, Illinois 60603
   (312) 346-8380
   Fax (312) 346-8434
   Attorneys for Defendants William F. Protz, Jr. and Santa's Best