IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership,<br><br>Defendants. | Civil Action No. B-02 079 |

APR 2 5 2002

Michael N. Milby
Clerk of Court

## DEFENDANT PROTZ'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL PETITION UNDER RULE 12(b)(6)

NOW COMES Defendant, William F. Protz, Jr. ("Protz"), and for all of the reasons set forth in his memorandum in support of this Motion, respectfully requests that this Court dismiss the claims against him in the Plaintiffs' Original Petition with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez   w/ permission
Attorney In Charge                    McCrystal
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Beau T. Greiman
Illinois Bar No. 6225076
LEVENFELD PEARLSTEIN
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
Telephone: (312) 346-8380
Telecopier: (312) 346-8434


ATTORNEYS FOR DEFENDANT,
WILLIAM F. PROTZ, JR.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Protz's Motion to Dismiss Plaintiffs' Original Petition Under Rule 12(b)(6) was served upon all counsel of record, to-wit:

>Phil A. Bellamy
>Law Office of Phil A. Bellamy
>815 Ridgewood
>Brownsville, Texas 78520
>Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 25th day of April, 2002.

_____
Joseph A. "Tony" Rodriguez