IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 1 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. B-02 079 |
| vs. | )<br>) |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | )<br>)<br>)<br>) |
| Defendants. | ) |

### DEFENDANTS WILLIAM F. PROTZ, JR., AND SANTA'S BEST'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Pursuant to Paragraph 2 of the Order of Conference recently received, William F. Protz, Jr. and Santa's Best states that other than the named parties, they are not aware of any entities that are financially interested in this litigation.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Beau T. Greiman
Illinois Bar No. 6225076
LEVENFELD PEARLSTEIN
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
Telephone: (312) 346-8380
Telecopier: (312) 346-8434

ATTORNEYS FOR DEFENDANTS, WILLIAM
F. PROTZ, JR. AND SANTA'S BEST

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Disclosure of Financially Interested Parties was served upon all counsel of record, to-wit:

> Phil A. Bellamy
> Law Office of Phil A. Bellamy
> 815 Ridgewood
> Brownsville, Texas 78520
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 1st day of May, 2002.

_____
Joseph A. "Tony" Rodriguez