United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C. AND ACCESORIOS ILIMITADOS | § § § | |
| vs. | § | CIVIL ACTION NO. B-02-079 |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § § § | |

## PLAINTIFFS' DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Paragraph 2 of the order of Conference received on April 22, 2002, Plaintiffs BORDER ALLIANCE and ACCESORIOS ILIMITADOS state that other than the named parties, they are not aware of any entities that are financially interested in this litigation.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Attorney for Plaintiffs

Fed ID 17505

## CERTIFICATE OF SERVICE

I, Phil A. Bellamy, do hereby certify that a true and correct copy of the foregoing instrument has been sent by certified mail, return receipt requested, on May 7, 2002 to:

Mr. Joseph A. "Tony" Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
(CM-RRR No. 7001 0320 0005 3381 9512)

/s/ Phil A. Bellamy
_____
Phil A. Bellamy