

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, | ) ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. B-02 079 |
| vs. | ) ) |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) ) |
| Defendants. | |

## UNOPPOSED NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW DEFENDANTS, WILLIAM F. PROTZ, JR. AND SANTA'S BEST, and files this Unopposed Notice of Appearance of Additional Counsel. Davi L. Hirsch and Beau T. Greiman of the law firm of Levenfeld Pearlstein, 211 Waukegan Road, Suite 300, Northfield, Illinois 60093, respectfully request permission to participate in the above referenced case as additional counsel.

1. Davi L. Hirsch, Illinois State Bar Number 6182757, Federal Number 6182757 is a member in good standing of the bar of the State of Illinois; and the U.S. District Court of Illinois. Ms. Hirsch has never been suspended from practicing law before any court or jurisdiction. Ms. Hirsch has no complaints for ethical misconduct, disciplinary proceedings or criminal charges currently pending in any court or jurisdiction.

2. Beau T. Greiman, Illinois State Bar Number 6225076, Federal Number 6225076 is a member in good standing of the bar of the State of Illinois; and the U.S. District Court of Illinois. Mr. Greiman has never been

suspended from practicing law before any court or jurisdiction. Mr. Greiman has no complaints for ethical misconduct, disciplinary proceedings or criminal charges currently pending in any court or jurisdiction.

3. Defendants move for additional counsel in the interest of justice and not for purposes of delay.

WHEREFORE, Defendants WILLIAM F. PROTZ, JR. AND SANTA'S BEST respectfully request that this Honorable Court allow Davi L. Hirsch and Beau T. Greiman to appear as additional counsel.

Respectfully Submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
　　　Joseph A. "Tony" Rodriguez
Attorney In Charge
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Davi L. Hirsch
Illinois Bar No. 36518
Federal Bar No. 6182757
LEVENFELD PEARLSTEIN
211 Waukegan Road, Suite 300
Northfield, Illinois 60093
Telephone: (847) 441-7676
Telecopier: (847) 441-9976

Beau T. Greiman
Illinois Bar No. 908239
Federal Bar No. 6225076
LEVENFELD PEARLSTEIN
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
Telephone: (312) 346-8380
Telecopier: (312) 346-8434

ATTORNEYS FOR DEFENDANT,
WILLIAM F. PROTZ, JR.

## CERTIFICATE OF CONFERENCE

Counsel for Defendant communicated with opposing counsel and he was unopposed to the Appearance of Additional Counsel.

_____
Joseph A. "Tony" Rodriguez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Unopposed Notice of Appearance of Additional Counsel was served upon all counsel of record, to-wit:

>Phil A. Bellamy
>Law Office of Phil A. Bellamy
>815 Ridgewood
>Brownsville, Texas 78520
>
>Beau T. Greiman
>LEVENFELD PEARLSTEIN
>33 West Monroe Street, 21st Floor
>Chicago, IL  60603
>
>Davi L. Hirsch
>LEVENFELD PEARLSTEIN
>211 Waukegan Road, Suite 300
>Northfield, Illinois  60093

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 18th day of June, 2002.

_____
Joseph A. "Tony" Rodriguez

4