IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, <br><br> Defendants. | Civil Action No. B-02 079 |

## ORDER OF APPEARANCE OF ADDITIONAL COUNSEL

The following lawyers are admitted to appear as additional counsel for Defendants William F. Protz, Jr. and Santa's Best.

    Beau T. Greiman
    LEVENFELD PEARLSTEIN
    33 West Monroe Street, 21st Floor
    Chicago, IL 60603
    Telephone:  (312) 346-8380
    Facsimile:   (312) 346-8434

    Davi L. Hirsch
    LEVENFELD PEARLSTEIN
    211 Waukegan Road, Suite 300
    Northfield, Illinois 60093
    Telephone   (847) 441-7676
    Facsimile    (847) 441-9976

Signed on this \_\_1\_\_ day of \_\_July\_\_, 2002.

_____
PRESIDING JUDGE