*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**JUL 2 4 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE AND ACCESORIOS ILIMITADOS | § § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § § | |

## MOTION FOR LEAVE TO FILE
## PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT
## (WITH AMENDED CERTIFICATE OF CONFERENCE)

TO THE HONORABLE JUDGE OF SAID COURT:

Border Alliance and Accesorios Ilimitados, Plaintiffs, file this their *Motion for Leave to File Plaintiffs' First Amended Original Complaint (with Amended Certificate of Conference)* and would show the Court the following:

1.    Plaintiffs filed their *Original Petition* in state court on March 8, 2002.  Defendants removed the case to federal court on April 19, 2002 and Defendant Protz filed a 12(b)(6) motion to dismiss on April 25, 2002.

2.    Defendant Protz did not file an answer to *Plaintiff's Original Petition* and instead complains via his 12(b)(6) motion that the allegations against him are insufficient.

3.    Now, in his *Reply Memorandum in Support of Defendant Protz's Motion to Dismiss*, Defendant Protz complains that Plaintiffs did not obtain leave of court to file their *First Amended Original Complaint* (filed May 15, 2002) and insists on opposing this motion on the grounds that he does not agree with the allegations contained in the amended pleading.

4.     In the event leave of court is required under these circumstances, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiffs request leave of court to file their *First Amended Original Complaint*, a copy of which is attached hereto as Exhibit A.

5.     Rule 15(a) provides that ". . . leave shall be freely given when justice so requires."

6.     Justice requires leave to amend for the reason that amendment will allow presentation of the case against Defendant Protz (and Defendant Santa's Best) on the merits.

7.     Furthermore, granting leave will not unfairly prejudice Defendants since the initial pretrial conference in this cause is set for August 26, 2002.

## Amended Certificate of Conference

8.     Defendants do not oppose this motion.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray for leave of court to file their *First Amended Original Complaint*, and for such other and further relief, at law or in equity, legal or special, to which Plaintiffs may be justly entitled.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 22nd day of July, 2002, I served lead counsel of record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Original Complaint (with Amended Certificate of conference)* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. "Tony" Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78522
(CM-RRR No. 7001 0320 0005 3381 8782)


Phil A. Bellamy

**EXHIBIT A**
Motion for Leave to File Plaintiff's First Amended Original Complaint
(with Amended Certificate of Conference)
*[Plaintiffs' First Amended Original Complaint]*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BORDER ALLIANCE AND                    §
ACCESORIOS ILIMITADOS                  §
                                       §
VS.                                    §        CIVIL NO. B-02-079
                                       §
WILLIAM F. PROTZ, JR. AND              §
SANTA'S BEST                           §

United States District Court
Southern District of Texas
RECEIVED

MAY 15 2002

Michael N. Milby, Clerk of Cou...

## PLAINTIFFS' FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Border Alliance and Accesorios Ilimitados, Plaintiffs, file this their First Amended Original Complaint, complaining of William F. Protz, Jr. and Santa's Best, Defendants, and for cause of action would show the following:

I

Defendant William F. Protz, Jr. ("Defendant Protz") is a natural person residing in Illinois and though served, has not answered herein.

Defendant Santa's Best is an Illinois general partnership and has answered herein.

Plaintiffs reserve the right to add additional parties.

II

Defendant Protz and Defendant Santa's Best entered into various contracts with Plaintiffs and third parties in connection with a maquiladora operation run in Matamoros, Tamaulipas, Mexico on behalf of Defendant Santa's Best by Plaintiffs. *See* Exhibits A-D attached hereto. Plaintiffs are in the process of obtaining translations of the "contrato[s] de maquila" attached hereto as Exhibit C and Exhibit D.

### III

Under the contracts, Santa's Best obligated itself to pay all taxes (other than payroll taxes), liquidations of not more than twenty union workers plus additional personnel, and fire and theft insurance to cover Santa's Best's product. *See* Exhibit A.

### IV

Under these agreements, Santa's Best also agreed to pay rent at the facility in Matamoros at a rate of $3,600.00 per month through February 2000 and at a rate of $4,600.00 per month thereafter until December 31, 2003. *See* Exhibit B. In addition to reimbursing or directly paying the expenses and costs of the operation, Santa's Best also agreed to pay Border Alliance a piece rate amount for various products over time.

### V

Defendant Protz signed all four contracts. On three of the contracts, "Santa's Best" appears above or below Defendant Protz's signature and name. *See* Exhibits B-D. None of the signature lines for Defendant Protz include the phrase "as agent for Santa's Best," "the authorized officer of Santa's Best," or some similar phrase. Accordingly, Defendant is personally liable under one or more of these contracts.

### VI

Further, upon information and belief, Defendant Protz has an interest in the subject matter of the contracts and is also personally liable for this reason.

### VII

Defendants made the decision to abandon the operations in Mexico, as Defendant Santa's Best has admitted in Paragraph IV of Defendant Santa's Best's Answer, Affirmative

Defenses and Counterclaims to Complaint, and they refuse to fulfill their contractual obligations.

### VIII

Defendants' announcement of this decision and their stated intention of not fulfilling their obligations to pay lease payments under the lease agreement through December 2003 and to pay all taxes (other than payroll taxes) and liquidations of not more than twenty union workers without any justification constitute anticipatory breaches of the contracts.

### IX

The refusal by Defendants to fulfil their obligations exposes Plaintiffs to damage claims by third parties, including lawsuits in Mexico under laws protecting employees.

### X

Further, the lease agreement attached hereto as Exhibit B and the "contrato[s] de maquila" attached hereto as Exhibit C and Exhibit D expose Plaintiffs to claims by the lessor and employees for duties imposed on Defendants under the contract attached hereto as Exhibit A.

### XI

Further, Defendants' wrongful actions interfere with Plaintiffs' ability to conduct business in Mexico now and in the future.

### XII

For several months, Plaintiffs have demanded that Defendants fulfill their obligations and Defendants refuse to comply.

## XIII

Pursuant to Chapter 37 of the Texas Civil Practices and Remedies Code, Plaintiffs seek a declaratory judgment declaring that Defendants are obligated to fulfill the obligations described above and in the contracts and that Defendants are in breach.

Further, Plaintiffs seek a determination of their damages.

## XIV

Further, Plaintiffs seek the recovery of their actual damages flowing from Defendants' breaches of contracts, including, but not limited to, lost profits, loss of good will, incidental damages, including the cost of mitigation, and damages suffered by Plaintiffs in reliance on the contracts, including, but not limited to, indemnification for third party liability and expenses incurred as a result of Defendants' breaches of contract.

## XV

Plaintiffs seek the recovery of their attorney's fees and costs pursuant to Section 37.009 and Section 38.001 of the Civil Practice and Remedies Code.

## XVI

Plaintiffs reserve the right to supplement to include other causes of action, including but not limited to tortious interference with prospective contracts.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs requests that Defendants be cited to appear and answer, and that on final trial Plaintiffs have a declaratory judgement, a judgment for the recovery of their actual damages, attorney's fees, costs, prejudgment and

post judgment interest as provided by law, and any other and further relief, at law or in equity, legal or special, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has on this the 15th day of May, 2002, been forwarded via certified mail, return receipt requested, to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78522
(CM-RRR No. 7001 0320 0005 3381 9390)

_____
Phil A. Bellamy

**EXHIBIT A**
Plaintiffs' First Amended Original Complaint
*[Agreement relating to maquiladora operation]*

# AGREEMENT

This agreement is between Border Alliance S.A. de C. V. and Santa's Best.

Border Alliance agrees to the following provisions:
Border Alliance will provide labor, payroll, and payroll taxes, and negotiate union contracts on behalf of Santa's Best. Border Alliance will provide all utilities, phones, office equipment and supplies. Border Alliance will produce a quality product and deliver all goods in a timely manner as per the requirements of Santa's Best. A warehouse in the U.S. will be supplied to ship and receive. Transportation and broker in Mexico will be furnished not to exceed one import or export per week. Border Alliance will submit bids for all new products and provide transportation to pick up and deliver products in the ejidos.

Santa's Best agrees to the following provisions.
Santa's Best agrees to provide all raw materials, machinery, and equipment necessary to produce their product as well as any required training. Santa's Best will provide payment for lease (including taxes) of Mexican Warehouse, transportation and broker in U.S. and in Mexico if more than once per week. Santa's Best will be responsible for all taxes (except payroll), liquidations of not more than 20 union workers, 2 supervisors, and 2 office workers, and fire and theft insurance to cover their product.

Santa's best also agrees to allow Border Alliance to use a small area for storing ribbon for Norma Ribbon in exchange for the use of the U. S. warehouse.

A one year notice is required for termination of this agreement by either party.


_____
Clarence Carroll

_____
Bill Protz

**EXHIBIT B**
**Plaintiffs' First Amended Original Complaint**
*[Lease Agreement]*

## Lease Agreement

Santa's Best agrees to continue the use of the building located at Calle 18 and Herrera, Matamoros, Mexico for the next three consecutive years. This term is from May - June 1999 through January - February 2000 at the rate of $3600.00 per month. The rate from February - March 2000 until December 31, 2003 will be $4600.00 per month. This is the agreement set forth by Border Alliance / Accesorios Ilimitados on behalf of and with verbal consent of Santa's Best, Lubbock, Texas, with Fernando Cortez of Matamoros, Mexico. This contract is already in force by verbal agreement and now by this written contract

*William F. Protz, Jr.*  Sept 9, 1999

William F. Protz, Jr.

Santa's Best

OFFICIAL SEAL
DOLORES K OLSEN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/20/01

notary U.S.A. *Dolores K Olsen*

date   9-9-99

*Clarence Carroll*

Clarence Carroll

Border Alliance

Notary Public, State of Texas
Exp. 4/21/2001

notary U.S.A.

date

*Emily Hernandez*

Emily Hernandez

Accesorios Ilimitados

*Copy from Original*

**EXHIBIT C**
Plaintiffs' First Amended Original Complaint
*[Contrato de Maquila, dated February 7, 1995, on
Santa's Best letterhead]*



SANTA'S BEST.



1133 SOUTH 16TH STREET
P.O. BOX 1387
MANITOWOC, WI 54221-1387
(414) 684-4448
FAX (414) 684-6772

PAGINA 1 DE 3

CONTRATO DE MAQUILA

CELEBRADO DEL DIA 07 DE FEBRERO DE 1995 ENTRE SANTA'S BEST
EN LA CD. DE BROWNSVILLE, TEXAS, TENIENDO SUS OFICINAS
PRINCIPALES EN 1133 SOUTH 16TH STREET, MANITOWOC, WL 544221-1387
Y CON SUCURSAL EN 1604 PRICE RD. DE LA CD. DE BROWNSVILLE,
TEXAS Y ACCESORIOS ILIMITADOS, S.A. DE C.V. CON DOMICILIO EN H.
MATAMOROS, TAMAULIPAS, ESTADOS UNIDOS MEXICANOS.

AMBAS PARTES DECLARAN QUE TIENEN CAPACIDAD LABORAL PARA
CONTRATAR. Y QUE VOLUNTARIAMENTE CONVIENEN EN SUJETARSE
A LAS SIGUIENTES CLAUSULAS.

PRIMERA.- ACCESORIOS ILIMITADOS, S.A. DE C.V. EJECUTARA
TRABAJOS DE FABRICACION Y ELABORACION DE MONOS DE LISTON
EN POLIESTER, TELA Y POLIESTER PLASTICO PARA LA INDUSTRIA DE
LA DECORACION, UTILIZANDO PARA EL EFECTO, MATERIALES,
EQUIPO , DISEÑOS ESPECIFICACIONES Y NORMAS DE CALIDAD
PROPORCIONADAS POR SANTA'S BEST.

SEGUNDA.- SANTA'S BEST ENTREGARA A ACCESORIOS ILIMITADOS,
S.A. DE C.V. LAS ORDENES DE TRABAJO Y SUS RESPECTIVOS
MATERIALES EN LA CIUDAD DE BROWNSVILLE, TEXAS, DEBIENDO
INTERNARLOS EN EL PAIS ( MEXICO ) O DE ACUERDO CON EL PERMISO
QUE PARA EL EFECTO LE FUE AUTORIZADO POR LAS SECRETARIAS
DE COMERCIO Y FOMENTO INDUSTRIAL Y POR LA SECRETARIA DE
HACIENDA Y CREDITO PUBLICO.

TERCERA.- ACCESORIOS ILIMITADOS, S.A. DE C.V., PROCEDERA A
EFECTUAR EL SERVICIO DE FABRICACION O ENSAMBLE EN SU PLANTA
UBICADA EN LA CD. DE H. MATAMOROS, TAMAULIPAS, OBLIGANDOSE A
RETORNAR A LA MAYOR BREVEDAD POSIBLE Y EN UN PLAZO QUE
NO EXCEDERA EL MARCADO POR LA SECRETARIA DE COMERCIO Y
FOMENTO INDUSTRIAL . LOS PRODUCTOS ELABORADOS EN LA
PLANTA DE ACCESORIOS ILIMITADOS, S.A. DE C.V. EN H. MATAMOROS
TAMPS.



SCRETARIA DE COMERCIO Y
FOMENTO INDUSTRIAL
DELEGACION FEDERAL EN CD. VICTORIA,
TAMAULIPAS

SANTA'S BEST.



1133 SOUTH 16TH STREET
P.O. BOX 1387
MANITOWOC, WI 54221-1387
:(414) 684-4448
FAX (414) 684-8772

**PAGINA 2 DE 3**

**CUARTA.-** SANTA'S BEST PODRA ENVIAR PERSONAL TECNICO, A SU SERVICIO CUANDO LO ESTIME CONVENIENTE A EFECTO DE REALIZAR LAS PRUEBAS SELECTIVAS O DETALLADAS DE LA CALIDAD DE LOS PRODUCTOS FABRICADOS O ELABORADOS EN LA PLANTA DE ACCESORIOS ILIMITADOS, S.A. DE C.V. DE H. MATAMOROS, TAMPS.

**QUINTA.-** POR LA EJECUCION DE CADA ORDEN, SANTAS'S BEST REEMBOLSARA A ACCESORIOS ILIMITADOS, S.A. DE C.V. LA CANTIDAD CONVENIDA. Y LAS QUE NO REUNAN LOS REQUISITOS DE CALIDAD ESPECIFICADOS POR SANTA'S BEST. DEBERAN SER RETRABAJADOS POR LA PRIMERA, REEMBOLSANDOSE POE ELLAS UNICAMENTE EL COSTO QUE SE HICIERA.

**SEXTA.-** SE ENTIENDE Y CONVIENE MUTUAMENTE, QUE DE ACUERDO CON ESTE CONTRATO Y EN CUALQUIER ORDEN, EL STATUS DE ACCESORIOS ILIMITADOS, S.A. DE C.V. SERA AQUEL DE UN CONTRATISTA INDEPENDIENTE PERMANENCIENDO LIBRE DE CONDUCIR SUS OPERACIONES Y ENTRAR EN NEGOCIACIONES CON TERCERAS PERSONAS.

**SEPTIMA.-** ESTE CONTRATO ENTRARA EN VIGOR POR UN PERIODO DE (12) DOCE MESES Y SERA AUTOMATICAMENTE RENOVADO A SU VENCIMIENTO POR OTROS (12) DOCE MESES OBLIGANDOSE SANTA'S BEST A CUMPLIR CON LAS OBLIGACIONES FISCALES Y LABORALES QUE DE ESTE RESULTEN COMO SON (PAGO DE LS.R., LS.P.T. 2% S/N. 5% INFONAVIT, 2% S.U.A. IMPUESTOS AL COMERCIO EXTERIOR, SEGURO SOCIAL, RENTA DEL EDIFICIO HASTA LA TERMINACION DE ESTE CONTRATO. ASIMISMO SE COMPROMETE EN CASO DE TERMINAR CON LA RELACION LABORAL LIQUIDAR A TODOS LOS — TRABAJADORES SINDICALIZADOS Y DE CONFIANZA, SEGUN LO MARCA EL ARTICULO 436 FRACCION 4a. Y ARTICULO 162 DE LA LEY FEDERAL DE TRABAJO EN LOS ESTADOS UNIDOS MEXICANOS.

HONG KONG





SECRETARIA DE COMERCIO Y
FOMENTO INDUSTRIAL
SUBDELEGACION FEDERAL EN CD. VICTORIA,
TAMAULIPAS.

**SANTA'S BEST.**

1133 SOUTH 16TH STREET
P.O. BOX 1387
MANITOWOC, WI 54221-1387
(414) 684-4448
FAX (414) 684-5772

**PAGINA 3 DE 3**

OCTAVA .- EN CASO DE CONTROVERSIA EN LA INTERPRETACION DE
ESTE CONTRATO SE SOMETEN A LOS TRIBUNALES DE LA PARTE —
DEMANDADA.

**SANTA'S BEST**

WILLIAM PROTZ JR.

**ACCESORIOS ILIMITADOS,
S.A. DE C.V.**

C. EMILY MA. HERNANDEZ D.

LIC. ABELARDO GUERRA FARIAS
GUFA-421114-4Q2
NOTARIO PUBLICO NUMERO 131

LIC. ABELARDO GUERRA FARIAS
Notario Público No. 131
H. Matamoros, Tams.

NORTHFIELD, IL   •   VINELAND, NJ   •   MANITOWOC WI   •   HONG KONG

**EXHIBIT D**
Plaintiffs' First Amended Original Complaint
*[Contrato de Maquila, dated February 7, 1995, on*
*Accesorios Ilimitados letterhead]*



**PAGINA 1 DE 3**

## CONTRATO DE MAQUILA

**CELEBRADO DEL DIA 07 DE FEBRERO DE 1995 ENTRE SANTA'S BEST EN LA CD. DE BROWNSVILLE, TEXAS, TENIENDO SUS OFICINAS PRINCIPALES EN 1133 SOUTH 16TH STREET, MANITOWOC, WI. 544221-1387 Y CON SUCURSAL EN 1604 PRICE RD. DE LA CD. DE BROWNSVILLE, TEXAS Y ACCESORIOS ILIMITADOS, S.A. DE C.V. CON DOMICILIO EN H. MATAMOROS, TAMAULIPAS, ESTADOS UNIDOS MEXICANOS.**

**AMBAS PARTES DECLARAN QUE TIENEN CAPACIDAD LABORAL PARA CONTRATAR, Y QUE VOLUNTARIAMENTE CONVIENEN EN SUJETARSE A LAS SIGUIENTES CLAUSULAS.**

**PRIMERA .- ACCESORIOS ILIMITADOS, S.A. DE C.V. EJECUTARA TRABAJOS DE FABRICACION Y ELABORACION DE MONOS DE LISTON EN POLIESTER, TELA Y POLIESTER PLASTICO PARA LA INDUSTRIA DE LA DECORACION, UTILIZANDO PARA EL EFECTO, MATERIALES, EQUIPO , DISENOS ESPECIFICACIONES Y NORMAS DE CALIDAD PROPORCIONADAS POR SANTA'S BEST.**

**SEGUNDA .- SANTA'S BEST ENTREGARA A ACCESORIOS ILIMITADOS, S.A. DE C.V. LAS ORDENES DE TRABAJO Y SUS RESPECTIVOS MATERIALES EN LA CIUDAD DE BROWNSVILLE, TEXAS, DEBIENDO INTERNARLOS EN EL PAIS ( MEXICO ) O DE ACUERDO CON EL PERMISO QUE PARA EL EFECTO LE FUE AUTORIZADO POR LAS SECRETARIAS DE COMERCIO Y FOMENTO INDUSTRIAL Y POR LA SECRETARIA DE HACIENDA Y CREDITO PUBLICO.**

**TERCERA.- ACCESORIOS ILIMITADOS, S.A. DE C.V., PROCEDERA A EFECTUAR EL SERVICIO DE FABRICACION O ENSAMBLE EN SU PLANTA UBICADA EN LA CD. DE H. MATAMOROS, TAMAULIPAS, OBLIGANDOSE A RETORNAR A LA MAYOR BREVEDAD POSIBLE Y EN UN PLAZO QUE NO EXCEDERA EL MARCADO POR LA SECRETARIA DE COMERCIO Y FOMENTO INDUSTRIAL . LOS PRODUCTOS ELABORADOS EN LA PLANTA DE ACCESORIOS ILIMITADOS, S.A. DE C.V. EN H. MATAMOROS TAMPS.**



PAGINA 2 DE 3

**CUARTA.- SANTA'S BEST PODRA ENVIAR PERSONAL TECNICO , A SU SERVICIO CUANDO LO ESTIME CONVENIENTE A EFECTO DE REALIZAR LAS PRUEBAS SELECTIVAS O DETALLADAS DE LA CALIDAD DE LOS PRODUCTOS FABRICADOS O ELABORADOS EN LA PLANTA DE ACCESORIOS ILIMITADOS, S.A. DE C.V. DE H. MATAMOROS, TAMPS.**

**QUINTA.- POR LA EJECUCION DE CADA ORDEN. SANTAS'S BEST REEMBOLSARA A ACCESORIOS ILIMITADOS, S.A. DE C.V. LA CANTIDAD CONVENIDA. Y LAS QUE NO REUNAN LOS REQUISITOS DE CALIDAD ESPECIFICADOS POR SANTA'S BEST.  DEBERAN SER RETRABAJADOS POR LA PRIMERA, REEMBOLSANDOSE POR ELLAS  UNICAMENTE EL COSTO QUE SE HICIERA.**

**SEXTA.- SE ENTIENDE Y CONVIENE MUTUAMENTE , QUE DE ACUERDO CON ESTE CONTRATO Y EN CUALQUIER ORDEN, EL STATUS DE ACCESORIOS ILIMITADOS, S.A. DE C.V. SERA AQUEL DE UN CONTRATISTA  INDEPENDIENTE PERMANENCIENDO LIBRE DE CONDUCIR SUS OPERACIONES Y ENTRAR EN NEGOCIACIONES CON TERCERAS PERSONAS.**

**SEPTIMA.- ESTE CONTRATO ENTRARA EN VIGOR POR UN PERIODO DE (12) DOCE MESES Y SERA AUTOMATICAMENTE RENOVADO A SU VENCIMIENTO POR OTROS  (12) DOCE MESES OBLIGANDOSE SANTA'S BEST A  CUMPLIR CON LAS OBLIGACIONES FISCALES Y LABORALES QUE DE ESTE  RESULTEN  COMO SON ( PAGO DE I.S.R. , I.S.P.T. 2% S/N 5% INFONAVIT, 2%  S.U.A. IMPUESTOS AL COMERCIO EXTERIOR , SEGURO SOCIAL , RENTA DEL EDIFICIO  HASTA  LA TERMINACION DE ESTE CONTRATO . ASIMISMO SE  COMPROMETE EN CASO  DE TERMINAR CON LA RELACION LABORAL  LIQUIDAR A TODOS LOS  ——— TRABAJADORES SINDICALIZADOS Y DE CONFIANZA , SEGUN LO MARCA  EL ARTICULO 436 FRACCION 4a.  Y ARTICULO  162  DE LA LEY FEDERAL DE TRABAJO EN LOS ESTADOS UNIDOS MEXICANOS.**



PAGINA 3 DE 3

**OCTAVA.- EN CASO DE CONTROVERSIA EN LA INTERPRETACION DE ESTE CONTRATO SE SOMETEN A LOS TRIBUNALES DE LA PARTE — DEMANDADA.**

SANTA'S BEST

**WILLIAM PROTZ JR.**

ACCESORIOS ILIMITADOS,
S.A. DE C.V.

C. EMILY MA. HERNANDEZ D.

8 Y HERRERA N. 21 ZONA CENTRO C.P. 87300 H. MATAMOROS TAM. TEL. (8) 816-51-30 FAX (8) 813-99-92