IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE AND ACCESORIOS ILIMITADOS | § § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § § | |

## PLAINTIFFS' CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 31st day of July, 2002, Plaintiffs served the following:

1. Plaintiffs' First Set of Interrogatories to Defendant Santa's Best;
2. Plaintiffs' First Set of Requests for Production to Defendant Santa's Best; and
3. Plaintiffs' First Set of Requests for Admissions to Defendant William F. Protz, Jr.

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _/s/ Phil A. Bellamy_
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

## CERTIFICATE OF SERVICE

I certify that today, the 31st day of July, 2002, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing Plaintiffs' Certificate of Discovery by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78522
(CM-RRR No. 7001 0320 0005 3381 8539)

_____
Phil A. Bellamy