United States District Court
Southern District of Texas
FILED

AUG 0 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE AND ACCESORIOS ILIMITADOS | § § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § § | |

## PLAINTIFFS' CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 1st day of August, 2002, Plaintiffs served the following:

1. Plaintiffs' First Set of Interrogatories to Defendant William F. Protz, Jr.;
2. Plaintiffs' First Set of Requests for Production to Defendant William F. Protz, Jr.;
3. Plaintiffs' First Set of Requests for Admissions to Defendant Santa's Best; and
4. Plaintiffs' Second Set of Requests for Production to Defendant Santa's Best.

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: /s/ Phil A. Bellamy
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

## CERTIFICATE OF SERVICE

I certify that today, the 1st day of August, 2002, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing Plaintiffs' Certificate of Discovery by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78522
(CM-RRR No. 7001 0320 0005 3381 8492)

_____
Phil A. Bellamy