20

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Border Alliance, et al., <br>    Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-02-079 |
| William F. Protz, Jr., et al., <br>    Defendants. | § § § § | |

## ORDER

BE IT REMEMBERED that on August _____, 2002, the Court **GRANTED** Plaintiffs' Motion for Leave to File Plaintiffs' Amended Original Complaint [Dkt. No. 16] under Fed. R. Civ. P. 15(a). Because a responsive pleading has been filed regarding Plaintiffs' Original Complaint, Plaintiffs are required under Rule 15(a) to seek leave of Court to amend their pleading. The Court **GRANTS** the requested leave. "A liberal policy toward allowing amendments to correct errors in the pleadings clearly is desirable and furthers one of the basic objectives of the federal rules- the determination of cases on their merits." 6 Wright & Miller, Federal Practice & Procedure § 1474.

DONE this 20th day of August, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge