IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a ) <br> Texas limited liability company, and ) <br> ACCESORIOS ILIMITADOS, a ) <br> Mexican corporation, ) <br>  ) <br> Plaintiffs, ) <br> vs. ) <br>  ) <br> WILLIAM F. PROTZ, JR. and ) <br> SANTA'S BEST, an Illinois ) <br> general partnership, ) <br>  ) <br> Defendants. ) | Civil Action No. B-02 079 |

United States District Court
Southern District of Texas
FILED

AUG 2 6 2002

Michael N. Milby
Clerk of Court

## MOTION TO APPEAR FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIAM F. PROTZ, JR. AND SANTA'S BEST, Defendants in the above-entitled and numbered cause, by and through its attorney of record, Joseph A. "Tony" Rodriguez, of the law firm of RODRIGUEZ, COLVIN & CHANEY, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522, and files this its Motion to Appear for Attorney in Charge and for cause would show the Court as follows:

**I.**

The undersigned hereby requests permission of this Honorable Court to allow Teri L. Danish, Federal Bar No. 12862, of the law firm of Rodriguez, Colvin & Chaney, L.L.P., 1201 E. Van Buren, Brownsville, Texas 78522, to appear for the undersigned at the Initial Pretrial Conference set for Monday, August 26, 2002 at 2:30 p.m.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that this Honorable Court grant its Motion and for such other and further relief to which it may be entitled in the premises.

                                              Respectfully submitted,

By: *[signature]* Joseph Rodriguez y/for RAR
      Joseph A. "Tony" Rodriguez
      Attorney-in-Charge
      Federal Admissions No. 10107
      State Bar No. 17146600
      1201 East Van Buren
      Post Office Box 2155
      Brownsville, Texas 78522
      Telephone:  (956) 542-7441
      Telecopier:  (956) 541-2170
      Attorneys for Defendants

## CERTIFICATE OF CONFERENCE

In compliance with Local Rules, movant swears that counsel for Defendant conferred on August 26, 2002 with counsel for Plaintiffs, who is not opposed to this motion.

*[signature]*
Joseph A. "Tony" Rodriguez

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of Motion to Appear for Attorney in Charge was served upon all counsel of record, to-wit:

>Phil A. Bellamy
>Law Office of Phil A. Bellamy
>815 Ridgewood
>Brownsville, Texas 78520
>
>Beau T. Greiman
>LEVENFELD PEARLSTEIN
>33 West Monroe Street, 21st Floor
>Chicago, Illinois 60603
>
>Davi L. Hirsch
>LEVENFELD PEARLSTEIN
>211 Waukegan Road, Suite 300
>Northfield, Illinois 60093

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission, pursuant to the Federal Rules of Civil Procedure, on this the 26th of August, 2002.

_____
Joseph A. "Tony" Rodriguez