

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation,<br><br>    Plaintiffs,<br>vs.<br><br>WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership,<br><br>    Defendants. | Civil Action No. B-02 079 |

**United States District Court
Southern District of Texas
ENTERED
AUG 2 8 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk**

## ORDER GRANTING MOTION TO APPEAR FOR ATTORNEY IN CHARGE

On this day came on for consideration, Defendants WILLIAM F. PROTZ, JR. AND SANTA'S BEST'S Motion to Appear for Attorney in Charge. The Court, after hearing arguments of counsel and after having reviewed the Motion, is of the opinion that the Motion be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Defendants WILLIAM F. PROTZ, JR. AND SANTA'S BEST'S Motion to Appear for Attorney in Charge is hereby GRANTED, and Teri L. Danish, Federal Admissions No. 12862 will appear in place of the Attorney of Record at the Initial Pretrial Conference set for Monday, August 26, 2002 at 2:30 p.m.

SIGNED FOR ENTRY this __26__ day of August, 2002 at Brownsville, Texas.

_____
PRESIDING JUDGE