# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Lehrman |

United States District Court
Southern District of Texas
FILED

AUG 26 2002

Michael N. Milby, Clerk of Court

| | | | | |
|---|---|---|---|---|
| DATE | 08 | 26 | 02 | |
| TIME | | a.m. | | a.m. |
| | 2:40 | p.m. | 2:50 | p.m. |
| CIVIL ACTION | B | 02 | 079 | |

STYLE

Border Alliance et al.

*versus*

William Protz, Jr., et al.

DOCKET ENTRY

(HGT)   ☐ Initial Pretrial Conference;   (Court Reporter: Breck Record)

| | |
|---|---|
| Attorney for Plaintiff: | Phil Bellamy |
| Attorneys for Defendant: | Teri Danish appearing for Joseph Tony Rodriguez, Beau Greiman, Davi Hirsch |
| Counter-Claimant: | Santa's Best |
| Attorney for Counter-Claimant: | Phil Bellamy |
| Counter-Defendant: | Border Alliance & Accesorios Ilimitados |
| Attorneys for Counter-Defendant: | Teri Danish appearing for Joseph Tony Rodriguez, Beau Greiman, Davi Hirsch |

☐   Hearing held: Comments:

The Court previously granted a motion for Teri Danish to appear for Defendants [Dkt. No. 21].

Mr. Bellamy briefly discussed the background of the case. Ms. Danish stated that Defendants have filed a motion to dismiss, based on there being no allegation that Mr. Protz personally did anything. The case law in Defendants' motion shows that signing of a contract by an officer does not make it a personal contract. Mr. Bellamy stated that the motion to dismiss is not yet ripe, and in fact

can be carried through trial. Mr. Bellamy stated that in any case, the exhibits to Plaintiffs' original complaint contain Protz' signature, but it is not clear in what capacity he signed. That is the basis for holding him personally liable. Also he has an interest in the subject matter of the contract. The Court asked if that would be the case in every case where a Plaintiff is suing a corporation. Mr. Bellamy stated that Mr. Protz is an equity holder and is one of two partners. This is a partnership. Ms. Danish said Plaintiffs are attempting to sue Mr. Protz person individually. But Exhibit A to Plaintiffs' Original Complaint says the agreement is between Santa's Best and Border Alliance.

The Court asked about the ripeness of this motion to dismiss. Mr. Bellamy stated that under the Joint Discovery/Case Management Plan filed by both Parties [Dkt. No. 19], the motion is not ripe. Ms. Danish stated that Defendants are standing on their motion to dismiss, and that Defendants do not believe that the allegations are sufficient to withstand that motion. The Court stated that she will take the Motion under advisement.

The Court stated that she does not want dispositive motions filed two or three weeks before trial. She directed the Parties to give the Court plenty of time. The Court gave the Parties until 9/3/02 to file their proposed scheduling order.

Whereupon the Court recessed.