**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

United States District Court
Southern District of Texas
FILED

AUG 28 2002

Michael N. Milby
Clerk of Court

August 26, 2002

Mr. Joseph A. Rodriguez           Fax no. (956) 541-2170
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520

Re: Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitados vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Rodriguez:

I request that you allow Plaintiffs until September 6, 2002 to respond to Defendant Santa's Best's First Set of Interrogatories to Plaintiffs and Defendant Santa's Best's First Request for Production of Documents to Plaintiffs.

Likewise, I will agree to allow Santa's Best and William F. Protz, Jr. until September 21, 2002 to respond to Plaintiffs' First Set of Interrogatories to Defendant Santa's Best, Plaintiffs' First Set of Requests for Production to Defendant Santa's Best, Plaintiffs' Second Set of Requests for Production to Defendant Santa's Best, Plaintiffs' First Set of Requests for Admissions to Defendant Santa's Best, Plaintiffs' First Set of Interrogatories to Defendant William F. Protz, Jr., Plaintiffs' First Set of Requests for Production to Defendant William F. Protz, Jr., and Plaintiffs' First Set of Requests for Admissions to William F. Protz, Jr.

If this proposal is acceptable, please sign below and return a copy of this letter to me by fax.

Sincerely,

Phil A. Bellamy

PAB:sm
C:\MyFiles\PB\02-196-Carroll\RodriguezItr4.wpd

cc: Border Alliance

_____
Mr. Joseph A. Rodriguez