25

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

**SEP 0 5 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., a | ) | |
| Texas limited liability company, and | ) | |
| ACCESORIOS ILIMITADOS, a | ) | |
| Mexican corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. B-02 079 |
| vs. | ) | |
| | ) | |
| WILLIAM F. PROTZ, JR. and | ) | |
| SANTA'S BEST, an Illinois | ) | |
| general partnership, | ) | |
| | ) | |
| Defendants. | | |

## SCHEDULING ORDER

1. Trial:  Estimated to try: ____4____ days.        _____Bench  __X__ Jury

2. New parties must be joined by:        October 11, 2002_____

3. The plaintiff's experts will be named with a report
   furnished by:        November 13, 2002____

4. The defendant's expert's will be named with a report
   furnished by:        December 13, 2002____

5. Discovery must be completed by:        February 14, 2003_____

6. Deadline for submission of documents regarding
   Motion to Dismiss to be filed no later than one (1)
   month before trial. *(See # 7)*

   ***********************The Court will provide these dates.****************

7. Dispositive Motions will be filed by:        3/17/03_____

8. Joint pre-trial order is due:        5/22/03
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Docket Call and final pretrial conference is set for
   1:30 p.m. on:        6/5/03_____

10. Jury Selection is set for 9:00 a.m. on:        6/9/03_____

The case will remain on standby until tried.

Signed _September 4_, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

By: _____
Joseph A. "Tony" Rodriguez
Attorney-in-Charge
Federal Admissions No. 10107
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170
Attorneys for Defendants

By: _____
Phil A. Bellamy
The Law Offices of Phil A. Bellamy,
State Bar No. 00787065
Federal ID No. 17505
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 5447201 (Fax)
Attorney for Plaintiffs