IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 17 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE AND ACCESORIOS ILIMITADOS | § § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § § | |

### PLAINTIFFS' CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 16th day of September, 2002, Plaintiffs served the following:

1. *Plaintiffs' Objections and Answers to Defendant Santa's Best's First Set of Interrogatories to Plaintiffs*; and
2. *Plaintiffs' Objections and Responses to Defendant Santa's Best's First Request for Production of Documents to Plaintiff.*

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: *[signature]*
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

## CERTIFICATE OF SERVICE

I certify that today, the 16th day of September, 2002, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 0460 0000 6636 4141)

_____
Phil A. Bellamy