

```
                IN THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF TEXAS
                        BROWNSVILLE DIVISION
```

                                                    United States District Court
                                                    Southern District of Texas
                                                            FILED

                                                        SEP 27 2002

                                                       Michael N. Milby
                                                        Clerk of Court

BORDER ALLIANCE AND ACCESORIOS   )
ILIMITADOS                       )
                                 )
                                 ) CIVIL ACTION NO.
VS.                              ) B-02-79
                                 )
WILLIAM F. PROTZ, JR. AND SANTA'S)
BEST                             )
                                 )

                        PRETRIAL CONFERENCE
              BEFORE THE HONORABLE HILDA G. TAGLE
                         AUGUST 26, 2002

APPEARANCES:

For the Plaintiffs:        MR. PHIL BELLAMY
                           Attorney at Law
                           Brownsville, Texas

For the Defendants:        MRS. TERI DANISH
                           Attorney at Law
                           Brownsville, Texas

Transcribed by:            BRECK C. RECORD
                           Official Court Reporter
                           600 E. Harrison, Box 16
                           Brownsville, Texas  78520
                           (956)548-2510

Captured and Transcribed by Computer - Eclipse