29

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

United States District Court
Southern District of Texas
FILED

NOV 1 9 2002

Michael N. Milby
Clerk of Court

November 12, 2002

CA B 02-79

Beau T. Greiman                                   Fax no. (312) 346-8434
Levenfeld Pearlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603

Re:   Border Alliance, et al. v. William F. Protz, Jr., et al.

Dear Mr. Greiman:

    This is to confirm our agreement of this afternoon to extend the deadlines for the designation of experts (with reports furnished) by one week as follows:

    The plaintiffs' expert(s) will be named with report(s) furnished by November 20, 2002. The defendants' expert(s) will be named with report(s) furnished by December 20, 2002.

    If this confirms our agreement, please sign below and return a copy of this letter to me by fax.

Sincerely,

Phil A. Bellamy

_____
Beau T. Greiman