

United States District Court
Southern District of Texas
FILED

**NOV 2 1 2002**

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

BORDER ALLIANCE, ET AL.            §
                                   §
VS.                                §        CIVIL NO. B-02-079
                                   §
WILLIAM F. PROTZ, JR., ET AL.      §

## PLAINTIFFS' DESIGNATION OF EXPERTS

To:    William F. Protz, Jr. and Santa's Best, by and through their attorneys of record:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520

Beau T. Greiman
Levenfeld Pearlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603

NOW COME Border Alliance and Accesorios Ilimitados, Plaintiffs in the above-

styled and numbered cause, and serve *Plaintiffs' Designation of Experts*.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By:_____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 19th day of November, 2002, I served Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Designation of Experts* by fax and by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(Fax no. 541-2170 & CM-RRR No. 7002 0460 0000 6636 4479)

Beau T. Greiman
Levenfeld Pearlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
(Fax no. 312-346-8434 & CM-RRR No. 7002 0460 0000 6636 4486)

Phil A. Bellamy

## PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiffs hereby designate the following persons as their experts in this cause:

1.    Mitzy Perla Motta Ariza
      18 y Herrera No. 84
      Zona Centro
      CP 87300
      H. Matamoros, Tamaulipas, Mexico
      011-52-86-88-16-11-88

Ms. Ariza is licensed in Mexico as a public accountant. She will testify regarding Plaintiffs' damages, including the amount owed for the liquidation of confidential employees, the liquidation of union personnel, taxes, penalties, and interest, and lease obligations. A copy of Ms. Ariza's diploma is attached as *Exhibit A.*

A copy of her ten page report regarding the calculation of damages other than lease obligations is attached as *Exhibit B.* Plaintiffs are in the process of having this report translated into English and will furnish Defendants with a copy of the translated report once it is available.

A copy of a statement from Emily Hernandez, dated November 18, 2002, relating to rent obligations for the facility in Matamoros, Tamaulipas, Mexico is attached as *Exhibit C.*

As of November 2002, the damages which Defendants are obligated to pay total $417,476.61. This amount will increase until paid due to the accrual of penalties and interest.

2.    Ron Armstrong
      R. W. Armstrong & Associates
      2600 Old Alice Road, Suite A
      Brownsville, Texas 78521
      (956) 546-5556

Mr. Armstrong is an attorney licensed to practice in Texas. He will testify regarding attorney's fees; his opinions will relate to the reasonableness and necessity of attorney's fees and expenses incurred by Plaintiffs. Mr. Armstrong will review the file in this case, much of which is privileged; he has prepared no documents as of this time that reflect his opinions. A copy of his Martindale-Hubbell profile is attached as *Exhibit D.*

3.    Daniel L. Rentfro, Jr.
      Rentfro, Faulk & Blakemore, LLP
      185 East Ruben M. Torres Sr. Boulevard
      Brownsville, Texas 78520
      (956) 541-9600

Mr. Rentfro is an attorney licensed to practice in Texas. He will testify regarding attorney's fees; his opinions will relate to the reasonableness and necessity of attorney's fees and expenses incurred by Plaintiffs. Mr. Rentfro will review the file in this case, much of which is privileged; he has prepared no documents as of this time that reflect his opinions. A copy of his Martindale-Hubbell profile is attached as *Exhibit E.*

Exhibit A
Plaintiffs' Designation of Experts
*[Ms. Ariza's diploma]*



# La Universidad Valle Del Bravo

## otorga a

### Mitzy Perla Motta Ariza

### el titulo de

### Licenciado en Contaduria Pública



DIR. GRAL. DE
ESCOLAR Y ARCHIVO

Firma del interesado

No. de control

609-0316

En atención a que demostró tener hechos los estudios requeridos por la ley y haber sido aprobado en el Examen Profesional que sustentó el día 20 del mes de enero de 1995. En la facultad de Comercio y Administración de la Unidad Matamoros de esta Universidad, según constancias archivadas en la Secretaría General de la misma.

Trabajo, Ciencia y Libertad

Dado en la Ciudad de Reynosa, Tamaulipas, de los Estados Unidos Mexicanos, el día 24 del mes de abril de 19 96



El Secretario

C.P. Ma. de Lourdes Arteaga Reyna
SECRETARIA GENERAL



El Rector de la U.

Dr. Héctor García Arreara
RECTORIA



El suscrito, Sria. Gral. de la Universidad Valle del Bravo

Certifica que MITZY PECLA MOTTA AZIZA

Presentó Exámen Profesional correspondiente a la carrera de

LIC. EN CONTADURIA PUBLICA          El día 20

de ENERO de 19 95 y fue aprobada POR

UNANIMIDAD , Según consta en los Archivos de

Esta Sria. Gral. en el Libro de Actas de Exámenes Profe-

sionales No 6-09 Acta No 100/95 a

Reynosa, Tam. Mex.

Atentamente.

C. P. Ma de Lourdes Tafinga Reyna

Secretaria General

SECRETARIA
GENERAL

EL C. PROFESOR JOSE LUIS GARCIA GARCIA, SECRETARIO DE EDUCACION, CULTURA
Y DEPORTE DEL GOBIERNO DEL ESTADO DE TAMAULIPAS, HACE CONSTAR QUE
La Universidad Valle del Bravo
en Ciudad Reynosa, Tam.    FUNCIONA POR ACUERDO GUBERNA-
MENTAL DE FECHA   15 de Junio de 1977   ASIMISMO, QUE LA VI-
GENCIA DE PLANES Y PROGRAMAS DE ESTUDIO ESTAN SUPERVISADOS POR ESTA
OFICINA.
LIBRO NUM.  44   REG. NUM. 39365 FOJA  022
CD. VICTORIA TAM, A 2 de MAYO de 1995
P. A. DEL C. SECRETARIO DE EDUCACION, CULTURA Y DEPORTE
EL DIRECTOR DE SERVICIOS REGIONALES
PROFR. ELEAZAR SALAZAR JARAMILLO

SECRETARIA DE EDUCACION, CULTURA
Y DEPORTE EN TAMAULIPAS

Vo. Bo.
JEFE DEL DEPARTAMENTO DE
REGISTRO Y CERTIFICACION
M. X. MARTHA BRIÑIDO OROZCO MAYA

LEGALIZACION No. 05724
POR ACUERDO DEL C. LIC. JAIME RODRIGUEZ INURRIGARRO, SECRETA-
RIO GENERAL DE GOBIERNO, SE LEGALIZA(M) LA(S) FIRMA(S) QUE AN-
TECEDE(N) POR SER LA(S) DEL (LOS), CC. Dr. Hector Garcia
Herrera y C.P. Ma. de Lourdes Tafinga Reyna
son: Rector y Secretaria General de la Universidad
Valle del Bravo en Ciudad Reynosa, Tam.
EN LOS TERMINOS DE LOS ARTICULOS 5, D. L. CONSTITUCION POLITICA
DEL ESTADO, Y 15o. Y 22o., C. E. C. L. ORGANICA DE LA AD-
MINISTRACION PUBLICA DEL ESTADO DE TAMAULIPAS.
D. VICTORIA, TAM.   Mayo 22   DE 1995
EL SUBSECRETARIO DEL GOBIERNO,
LIC. JOSE LUIS GODERON TIJERINA

GOBIERNO DE TAMAULIPAS
PODER EJECUTIVO

SECRETARIA DE EDUCACION PUBLICA
DIRECCION GENERAL DE PROFESIONES
Registrado a fojas  105
del libro  A-215
de Registro de Titulos Profesionales y
Grados Académicos
bajo el número  31
cédula No.  2155230
México, D. F. a  24 de agosto de 19 95
EL REGISTRADOR
S. E. P.
DIRECTOR GENERAL DE PROFESIONES

REVISADO Y CONFRONTADO

Exhibit B
Plaintiffs' Designation of Experts
*[Ms. Ariza's report]*



# ACCESORIOS ILIMITADOS, S.A. DE C.V.

## REGISTRO FEDERAL DE CONTRIBUYENTES: AIL-941215-IF4

## EXPEDIENTE DE:

## PRUEBAS POR ICUMPLIMIENTO DE CONTRATO ACCESORIOS ILIMITADOS, S.A. DE C.V.
## VS
## SANTA´S BEST. BILL PROTZ.

## ULTIMA ACTUALIZACION NOVIEMBRE 2002.

con copia para:
agencia del ministerio publico de h. Matamoros, Tamps.



18 Y HERRERA No. 84  ZONA CENTRO  C.P. 87300  H. MATAMOROS, TAM.  TEL.(8) 816-51-30 FAX (8) 813-99-92
R.F.C. AIL-941215-IF4



# INDICE

PRUEBA 1.- IMPUESTOS FEDERALES Y CUOTAS AL SEGURO SOCIAL.

PRUEBA 2.- INDEMNIZACIONES CON CORTE A ENERO DEL 2002.
    a) PERSONAL SINDICALIZADO.
    b) PERSONAL DE CONFIANZA.

PRUEBA 3.- INDEMNIZACIONES CON CORTE A NOVIEMBRE DEL 2002.
    a) PERSONAL SINDICALIZADO.
    b) PERSONAL DE CONFIANZA.

PRUEBA 4.- PAGO PENDIENTE POR ASESORIA Y TRAMITES AL DESPACHO CONTABLE.

PRUEBA 5.- SUMA DEL IMPORTE TOTAL DE LA DEUDA.

PRUEBA 6.- BASES Y FUNDAMENTOS DE LA LEY.

PRUEBA 7.- DOCUMENTOS QUE ACREDITAN LA CAPACIDAD PARA LA ELABORACION DE LAS PRUEBAS ARRIBA LISTADAS, DEL ASESOR FISCAL Y CONTADOR PUBLICO. ( COPIA DEL TITULO PROFESIONAL)





## ACCESORIOS ILIMITADOS, S.A. DE C.V.

### IMPUESTOS FEDERALES Y CUOTAS AL SEGURO SOCIAL

| CONCEPTO | IMPORTE HISTORICO | ACTUALIZACIO | RECARGOS | MULTA 70% | TOTAL | VENCIO |
|---|---|---|---|---|---|---|
| ISR ANUAL DEL EJERCICIO 2001 | 50,052.00 | 1,290.35 | 51,322.35 | 71,851.29 | 174,495.99 | MZO-02 |
| 1er TRIMESTRE DEL 2002  ENE–MZO | 24,847.00 | 973.14 | 25,820.14 | 36,148.20 | 87,788.48 | ABR -02 |
| 2do TRIMESTRE DEL 2002 ABR–JUN | 17,452.14 | 790.45 | 18,222.59 | 25,511.63 | 61,956.81 | JUL -02 |
| DECLARACION ANUAL 2002 | ¿ | ¿ | ¿ | ¿ | ¿ | vence el 31-mzo-03 |
| IMSS, AFORE E INFONAVIT ENERO 2002 AL 15 DE NOV 2002 | 241,987.93 | 6,586.96 | 248,574.89 | 348,004.85 | 845,154.63 | |
| SUMA: | 334,289.07 | 9,640.90 | 343,939.97 | 481,515.96 | 1,169,395.90 | |

**PAGO PENDIENTE POR CONCEPTOS DE:**

ELABORACION DE REPORTES
TRAMITES ANTE LAS DEPENDENCIAS FEDERALES, ESTATALES
PAGOS ANTE LAS DEPENDENCIAS DE GOBIERNO
ACTUALIZACION, PROYECCION DE IMPUESTOS A PAGAR
HONORARIOS VENCIDOS AL CONTADOR INTERNO
REPRESENTACION ANTE:
* IMSS
* TESORERIA DEL ESTADO
* TESORERIA DE LA FEDERACION                    45,000.00



| | SUMA 1 CORTE A ENERO 2002 | SUMA 2 CORTE A .NOV-2002 |
|---|---|---|
| IMPUESTOS FEDERALES Y CUOTAS AL IMSS | 870,650.90 | 1,169,395.90 |
| LIQUIDACION PERSONAL | 1,234,300.38 | 2,086,370.15 |
| ASESORIA Y TRAMITES (CONTADOR) | 22,000.00 | 45,000.00 |
| | 2,126,951.28 | 3,300,766.05 |
| TIPO DE CAMBIO: | 9.27 | 10.00 |
| | 229,444.58 DLLS | 330,076.61 DLLS |



LA ACTUALIZACION SE DETERMINA DE ACUERDO AL INDICE NACIONAL DE PRECIOS AL CONSUMIDOR QUE SE PUBLICA EN EL DIARIO OFICIAL DE LA FEDERACION.    (INF

LOS RECARGOS ES LA SUMA DE LOS PORCENTAJES QUE EL BANCO DE MEXICO DA A CONOCER PARA APLICAR A LOS PAGOS ATRAZADOS

LA MULTA, ES EL PORCENTAJE QUE SE APLICA AL IMPORTE DE LA DEUDA ORIGINAL.
EL ARTICULO DE LA LEY 304-B DEL IMSS DICE QUE SE APLICARA DEL 70 AL 100%  DE MULTA,  SOBRE EL IMPUESTO OMITIDO, PORCENTAJE QUE NOSOTROS ESTIMAMOS ES EL MENOR  (70 %) Y NO EL 100%

ESTOS IMPORTES ESTAN ACTUALIZADOS AL 15 DE NOVIEMBRE DEL 2002 Y CADA MES, EL IMPORTE A PAGAR SERA AUMENTADO EN PROPORCION A LA ACTUALIZACION. RECARGOS Y MULTAS QUE SE PUBLICAN CADA MES EN EL DIARIO OFICIAL DE LA FEDERACION.

ACLARANDO QUE ESTA INFORMACION SOLO ES UNA PROYECCION DEL IMPORTE DE LA DEUDA. Y SE TENDRA. EL IMPORTE EXACTO EN EL MOMENTO DE PAGO, QUE POR EL MECANISMO DE LAS DEPENDENCIAS DE GOBIERNO PROVOCARIA UNA VARIACION DEL IMPORTE; SIENDO ESTAS: IMSS, SECRETARIA DE HACIENDA Y CREDITO PUBLICO, TESORERIA DE LA FEDERACION, INFONAVIT AFORE, ADMINISTRACION LOCAL DE RECAUDACION Y ADMINISTRACION LOCAL DE AUDITORIA FISCAL DEL ESTADO.

REFERENTE AL PAGO DE LAS INDEMNIZACIONES DE TODO EL PERSONAL LA BASE ES EL ARTICULO 50 FRACCION I, II Y III DE LA LEY FEDERAL DEL TRABAJO (LEYES Y REGLAMENTOS E INSTRUCTIVOS COMPLEMENTARIOS, POR LO QUE ESTOS IMPORTES NO PUEDEN SER REDUCIDOS YA QUE ASI LO MARCA LA LEY ANTERIORMENTE MENCIONADA.
( LIQUIDACION, PRIMA DE ANTIGÜEDAD AGUINALDOS, VACACIONES, PRIMA VACACIONAL Y LOS SALARIOS VENCIDOS). FUNDAMENTO EN LA FRACCION III DEL ARTICULO ANTES MENCIONADO Y QUE AL CALCE DICE: "ADEMAS DE LAS INDEMNIZACIONES A QUE SE REFIEREN LAS FRACCIONES ANTERIORES; EN EL IMPORTE DE 3 MESES DE SALARIO Y EN DE LOS SALARIOS VENCIDOS DESDE LA FECHA DEL DESPIDO HASTA QUE SE PAGUEN LAS INDEMNIZACIONES"



## INDEMNIZACIONES CON CORTE AL MES DE ENERO DEL 2002

| EMPLEADOS DEL SINDICATO | LIQUIDACION | AGUINALDO | VACACIONES Y PRIMA | SALARIOS CAIDOS |
|---|---|---|---|---|
| RODRIGUEZ CASTILLO MARCIAL | 23,122.50 | 115.61 | 115.61 | 2,574.33 |
| BORJAS MORENO MOISES | 24,830.00 | 124.15 | 124.15 | 2,764.42 |
| ZUÑIGA BAUTISTA PABLO | 23,122.50 | 115.61 | 115.61 | 2,574.33 |
| SANCHEZ CONTRERAS JESUS | 22,967.50 | 114.84 | 114.84 | 2,557.00 |
| OLMOS MORENO LUIS ALBERTO | 24,665.00 | 123.33 | 123.33 | 2,746.04 |
| ROMERO GONZALEZ BENITO | 22,967.50 | 114.84 | 114.84 | 2,557.08 |
| ESCOBAR SIFUENTES ABEL | 22,967.50 | 114.84 | 114.84 | 2,557.08 |
| ZAMORANO BUSTOS TERESA | 22,655.00 | 113.28 | 113.28 | 2,522.26 |
| GALINDO REYES RAUL | 22,655.00 | 113.29 | 113.29 | 2,522.26 |
| VEGA VELAZQUEZ GLORIA LINA | 24,330.00 | 121.65 | 121.65 | 2,708.74 |
| ENRIQUEZ TORRES MARIA ISABEL | 22,310.00 | 111.55 | 111.55 | 2,483.85 |
| MOTA RIVERA ZENAIDA | 22,655.00 | 113.28 | 113.28 | 2,522.26 |
| CRUZ BLANCO FERNANDO | 24,330.00 | 121.65 | 121.65 | 2,708.74 |
| VEGA VELAZQUEZ JOSE ADAN | 24,330.00 | 121.65 | 121.65 | 2,708.74 |
| DE LEON GONZALEZ MARGARITA | 22,310.00 | 111.55 | 111.55 | 2,483.85 |
| MARTINEZ SANCHEZ ERNESTO | 22,310.00 | 111.55 | 111.55 | 2,483.85 |
| TORRES MARTINEZ ARNULFO | 22,310.00 | 111.55 | 111.55 | 2,483.85 |
| | 394,837.50 | 1,964.12 | 1,974.20 | 43,958.66 |

442,734.49



B

## INDEMNIZACIONES CON CORTE AL MES DE ENERO DEL 2002

### CONFIANZA

| | | | |
|---|---|---|---|
| HERNANDEZ DOLORES EMILY MA. | 177,532.20 | 4,671.90 | 1,168.00 | 9,740.20 |
| GALICIA LEDEZMA ANA LUZ | 90,276.60 | 2,375.70 | 594.00 | 4,952.97 |
| VALLEJO CHAVEZ JOSE SAMUEL | 90,231.00 | 2,374.50 | 596.00 | 4,950.47 |
| CRUZ SALAZAR FREDY | 89,051.10 | 2,343.45 | 495.00 | 4,885.74 |
| PARDO MARQUEZ ARTEMIO | 61,924.80 | 1,629.60 | 436.00 | 3,387.47 |
| CAMPOS RODRIGUEZ EDUARDO | 89,569.80 | 2,357.10 | 587.00 | 18,018.72 |
| ALMEDARIZ MEDINA MA. DEL ROSARIO | 77,884.80 | 2,049.60 | 468.00 | 47,004.16 |
| | 676,470.30 | 17,801.85 | 4,344.00 | 92,949.74 | 791,565.89 |

## INDEMNIZACIONES CON CORTE AL MES DE NOVIEMBRE DEL 2002

| | LIQUIDACION | AGUINALDO | VACACIONES Y PRIMA | SALARIOS CAIDOS |
|---|---|---|---|---|
| RODRIGUEZ CASTILLO MARCIAL | 23,122.50 | 1,387.35 | 1,387.35 | 30,892.00 |
| BORJAS MORENO MOISES | 24,830.00 | 1,489.80 | 1,489.80 | 33,173.00 |
| ZUÑIGA BAUTISTA PABLO | 23,122.50 | 1,387.35 | 1,387.35 | 30,892.00 |
| SANCHEZ CONTRERAS JESUS | 22,967.50 | 1,378.05 | 1,378.05 | 30,634.00 |
| OLMOS MORENO LUIS ALBERTO | 24,665.00 | 1,479.90 | 1,479.90 | 32,952.44 |
| ROMERO GONZALEZ BENITO | 22,967.50 | 1,378.05 | 1,378.05 | 30,685.00 |
| ESCOBAR SIFUENTES ABEL | 22,967.50 | 1,378.05 | 1,378.05 | 30,685.00 |
| ZAMORANO BUSTOS TERESA | 22,655.00 | 1,359.30 | 1,359.30 | 30,267.08 |
| GALINDO REYES RAUL | 22,655.00 | 1,359.30 | 1,359.30 | 30,267.08 |
| VEGA VELAZQUEZ GLORIA LINA | 24,330.00 | 1,459.80 | 1,459.80 | 32,504.88 |
| ENRIQUEZ TORRES MARIA ISABEL | 22,310.00 | 1,338.60 | 1,338.60 | 29,806.16 |
| MOTA RIVERA ZENAIDA | 22,655.00 | 1,359.30 | 1,359.30 | 30,267.08 |
| CRUZ BLANCO FERNANDO | 24,330.00 | 1,459.80 | 1,459.80 | 32,504.88 |
| VEGA VELAZQUEZ JOSE ADAN | 24,330.00 | 1,338.60 | 1,459.80 | 32,504.88 |
| DE LEON GONZALEZ MARGARITA | 22,310.00 | 1,338.60 | 1,338.60 | 29,806.16 |
| MARTINEZ SANCHEZ ERNESTO | 22,310.00 | 1,338.60 | 1,338.60 | 29,806.16 |
| TORRES MARTINEZ ARNULFO | 22,310.00 | 1,338.60 | 1,338.60 | 29,806.16 |
| | 394,837.50 | 23,569.05 | 23,690.25 | 527,503.56 |

969,600.76



B

## INDEMNIZACIONES CON CORTE AL MES DE NOVIEMBRE DEL 2002

### CONFIANZA

| | | | |
|---|---|---|---|
| HERNANDEZ DOLORES EMILY MA. | 177,532.20 | 4,671.90 | 3,737.52 | 107,142.24 |
| GALICIA LEDEZNA ANA LUZ | 90,276.60 | 2,375.70 | 1,900.56 | 54,482.72 |
| VALLEJO CHAVEZ JOSE SAMUEL | 90,231.00 | 2,374.50 | 1,899.60 | 54,455.20 |
| CRUZ SALAZAR FREDY | 89,051.10 | 2,343.45 | 1,874.76 | 53,743.12 |
| PARDO MARQUEZ ARTEMIO | 61,924.80 | 1,629.60 | 1,303.68 | 37,372.16 |
| CAMPOS RODRIGUEZ EDUARDO | 89,569.80 | 2,357.10 | 1,885.68 | 54,056.16 |
| ALMEDARIZ MEDINA MA. DEL ROSARIO | 77,884.80 | 2,049.60 | 1,639.68 | 47,004.16 |
| | 676,470.30 | 17,801.85 | 14,241.48 | 408,255.76    1,116,769.39 |

Exhibit C
Plaintiffs' Designation of Experts
*[Emily Hernandez statement, dated November 18, 2002]*

# RENT AMOUNT DUE
## DATE 11/18/02

**Last rent payment paid was May 2002 $ 4,600.00**

**Rent still due from June 2002 through December 31,2003**
**7 months in 2002 + 12 months in 2003 = 19 months due**

**19 months x $ 4,600.00 = $ 87,400.00**

## $ 87, 400. 00 RENT STILL DUE AS PER CONTRACT

Emily Hernandez

_____

**Exhibit D**
**Plaintiffs' Designation of Experts**
*[Ron Armstrong's Martindale-Hubbell profile]*

Copyright 2002 by Reed Elsevier Inc.
MARTINDALE-HUBBELL (R) LAW DIRECTORY

Practice Profiles Section

RONALD W. ARMSTRONG

R. W. Armstrong & Associates

2600 Old Alice Road Suite A
Brownsville, Texas 78521

(Cameron County)

Telephone: 956-546-5556

Fax: 956-546-0470

Email: armstrong@les.net

RATING: AV

POSITION: Member

PRACTICE-AREAS: Personal Injury; Business Litigation.

ASSOCIATIONS: American Bar Association

ADMITTED: 1972, Oklahoma and Texas; 1974, U.S. District Court for Southern
District of Texas

LAW-SCHOOL:  University of Oklahoma (J.D., 1971)

COLLEGE:  Wentworth Military Academy (A.B.A., 1963); University of Oklahoma
(B.A., 1966)

TEXT: Phi Alpha Delta. Moot Court Competition. Licensed before Supreme Court of
Texas, 1972. (Board Certified, Personal Injury Law, Texas Board of
Specialization)

MEMBER: State Bar of Texas; Texas Trial Lawyers Association; Lawyer-Pilots Bar
Association.

ATTY-LANGUAGES: Spanish

BORN: October 5, 1943, Santa Ana, California

REPORTED-CASES: *Hampton v. State Farm, 778 SW2d 476; Gonzalez v. Stevenson, 791
SW2d 250;* Aubay Delano-Pyle v. Victoria Cooney, Texas Fifth Circuit, September
3, 2002; In reg., San Juana Caballero 36S63141.

ISLN: 909384218

Exhibit E
Plaintiffs' Designation of Experts
*[Daniel L. Rentfro, Jr.'s Martindale-Hubbell profie]*

Copyright 2002 by Reed Elsevier Inc.
MARTINDALE-HUBBELL (R) LAW DIRECTORY

Practice Profiles Section

DANIEL L. RENTFRO JR.

Rentfro, Faulk & Blakemore, LLP

185 East Ruben M. Torres Sr. Boulevard
Brownsville, Texas 78520-9136

(Cameron County)

Telephone: 956-541-9600

Fax: 956-541-9695

RATING: BV

POSITION: Member

PRACTICE-AREAS: General Practice; Civil Litigation; Deceptive Trade Practices;
Insurance Litigation; Administrative Law; Administrative Litigation.

ADMITTED: 1983, Texas; 1986, U.S. District Court, Southern District of Texas

LAW-SCHOOL: University of Texas at Austin (J.D., with honors, 1983)

COLLEGE: University of Texas at Austin (B.A., 1977); Northwestern University
(M.A., 1979)

TEXT: College of the State Bar of Texas. Phi Beta Kappa; Order of the Coif.
Continuing Legal Education: Certificate of Completion, Basic Mediator Training,
Attorney-Mediators Institute. Author: "Year in Review, 1996: Consumer Law," The
Texas Lawyer, December 8, 1996. Co-author: "Franklin Spears: The Passing of a
Texas Hero," The Texas Lawyer, April 29, 1996; "Is Stare Decisis Obsolete?" 18
Caveat Vendor 81, December, 1993. Author and Speaker: State Bar of Texas
Advanced Consumer & Commercial Law Course, 1992, 1994, 1997, 1999, 2000;
Comprehensive Consumer Law Course, 1994, 1995, 1996, 1997, 1999. Briefing
Attorney, Judge Franklin Spears, Supreme Court of Texas, 1983-1984. Fellow,
Texas Bar Foundation.

MEMBER: Cameron County Bar Association (President, 2000-2001); State Bar of
Texas (Member, Governing Council, Consumer Law Section, 1989- ; Chairman, 1999-
2000).

BORN: September 22, 1955, Brownsville, Texas

ISLN: 902195385