IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 21 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

**PLAINTIFFS' CERTIFICATE OF DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 19th day of November, 2002, Plaintiffs served the following:

- *Plaintiffs' Designation of Experts.*

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

## CERTIFICATE OF SERVICE

I certify that today, the 19th day of November, 2002, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(Fax no. 541-2170 & CM-RRR No. 7002 0460 0000 6636 4479)

Beau T. Greiman
Levenfeld & Peatlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
(Fax no. 312-346-8434 & CM-RRR No. 7002 0460 0000 6636 4486)

_____
Phil A. Bellamy