32

Beau T. Greiman
312.456.0514
BGREIMAN@LPLEGAL.COM
CHICAGO OFFICE

December 16, 2002

**VIA FACSIMILE &
U.S. MAIL**

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

B-02-79

United States District Court
Southern District of Texas
FILED

DEC 1 9 2002

Michael N. Milby
Clerk of Court

Re: Border Alliance, et al. v. William F. Protz, Jr., et al.
     Our File No. 26674-37519

Dear Mr. Bellamy:

The purpose of this letter is to confirm our telephone conversation last week regarding this case. Based on our conversation, I understand that the defendants have until January 10, 2003 to disclose their experts and accompanying reports. However, the defendants have until at least 10 days after the Plaintiffs supply an English translation of their report concerning matters of Mexican law to supply a report from their expert concerning the same subject. If this schedule comports with your memory, please acknowledge your agreement by signing in the space provided below and forwarding a copy to Joseph Rodriguez so he may file it.

Very truly yours,

Beau T. Greiman

Beau T. Greiman

BTG/jmm
Enclosure
cc: Joseph Rodriguez
    Davi L. Hirsch
    William Protz

_____
Phil A. Bellamy, Attorney for Plaintiffs

D:\RIGHTFAX\outgoing\000277cf.000.DOC