IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, ET AL. | § |
| | § |
| VS. | §  CIVIL NO. B-02-079 |
| | § |
| WILLIAM F. PROTZ, JR., ET AL. | § |

## PLAINTIFFS' CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 16th day of January, 2003, Plaintiffs served the following:

- *Plaintiffs' Supplementation to Plaintiffs' Expert Report.*

The above was served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: /s/ Phil A. Bellamy
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

## CERTIFICATE OF SERVICE

I certify that today, the 16th day of January, 2003, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 0460 0000 6636 4462)

Beau T. Greiman
Levenfeld & Peatlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
(CM-RRR No. 7002 0460 0000 6636 4455)

_____
Phil A. Bellamy