**LEVENFELD PEARLSTEIN**
WWW.LPLEGAL.COM

Beau T. Greiman
312.456.0514
BGREIMAN@LPLEGAL.COM
CHICAGO OFFICE

34



January 24, 2003

**VIA FACSIMILE - 956.544.7201**

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

Re: Border Alliance, et al. v. William F. Protz, Jr., et al.
Our File No. 26874-37519

CAB-02-79

Dear Mr. Bellamy:

The purpose of this letter is to confirm my understanding that we have agreed to extend the deadline for the defendants to submit the report of their expert concerning Spanish law issues until February 8, 2003. If I am correct please indicate your acceptance of the extension by signing in the space indicated and forwarding a copy to Tony Rodriguez so that he can file it with the Court.

Very truly yours,

Beau T. G[reiman]

Beau T. Greiman

BTG/jmm

cc: Joseph (Tony) Rodriguez (Via Facsimile - 1-956-541-2170)
Davi L. Hirsch (Via Facsimile – 1-847-441-9976)

Agreed: ___/s/ P.V.B./___
Phil A. Bellamy

Date: ___1/27/03___

D:\RIGHTFAX\outgoing\00026d66.000.DOC

35 WEST MONROE STREET 21ST FLOOR CHICAGO ILLINOIS 60603 TEL 312.346.8380 FAX 312.346.8434
211 WAUKEGAN ROAD SUITE 300 NORTHFIELD ILLINOIS 60093 TEL 847.441.7676 FAX 847.441.8976