IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

## PLAINTIFFS' CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 29th day of January, 2003, Plaintiffs served the following:

1. *Plaintiffs' First Supplemental Objections and Answers to Defendant Santa's Best's First Set of Interrogatories to Plaintiffs*; and
2. *Plaintiffs' First Supplemental Objections and Answers to Defendant Santa's Best's First Request for Production of Documents to Plaintiffs.*

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: /s/ Phil A. Bellamy
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 29th day of January, 2003, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 0460 0000 6636 0105)

Beau T. Greiman
Levenfeld & Peatlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
(Hand delivery)

/P/ /B/
_____
Phil A. Bellamy