IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 31 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-079 |
| | § | |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

**PLAINTIFFS' CERTIFICATE OF DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 29th day of January, 2003, Plaintiffs served the following:

1. *Plaintiffs' First Supplemental Objections and Answers to Defendant Santa's Best's First Set of Interrogatories to Plaintiffs*; and
2. *Plaintiffs' First Supplemental Objections and Responses to Defendant Santa's Best's First Request for Production of Documents to Plaintiffs.*

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: /s/ Phil A. Bellamy
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 30th day of January, 2003, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 0460 0000 6636 4523)

Beau T. Greiman
Levenfeld & Peatlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603
(Hand delivery)

_____
Phil A. Bellamy