37

# LEVENFELD PEARLSTEIN
WWW.LPLEGAL.COM

Beau T. Greiman
312.456.0514
BGREIMAN@LPLEGAL.COM
CHICAGO OFFICE

United States District Court
Southern District of Texas
FILED

FEB 1 4 2003

Michael N. Milby
Clerk of Court

CA B-02-79

February 5, 2003

VIA FACSIMILE - 956.544.7201

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

Re: Border Alliance, et al. v. William F. Protz, Jr., et al.
Our File No. 28674-37519

Dear Mr. Bellamy:

The purpose of this letter is to confirm our telephone conversation earlier today regarding the new discovery schedule to which we have agreed. I understand that both sides are anticipating the designation of additional experts and wish to conduct further discovery. As a result, we have agreed to extend the deadline for all parties to designate additional experts and submit their reports until **March 31, 2003**. In addition, I understand that the deadline for the parties to complete discovery has been extended to **May 2, 2003**, during which time all parties may conduct additional written or oral discovery.

If I have correctly set forth our agreement, please sign in the space indicated below and forward a fully executed copy to Tony Rodriguez so that he may file it with the court.

Very truly yours,

*[signature]*

Beau T. Greiman

BTG/jmm

cc: Joseph (Tony) Rodriguez (Via Facsimile - 1-956-541-2170)
Davi L. Hirsch (Via Facsimile - 1-847-441-9976)

Agreed: *[signature]*
Phil A. Bellamy

Date: 2/5/03

D:\RIGHTFAX\outgoing\00029482.000.DOC