United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, | ) ) ) |
| Plaintiffs, | ) Case No. B-02 079 |
| vs. | ) ) |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) |
| Defendants. | |

## NOTICE OF FILING

TO: Phil A. Bellamy, Esq.          Joseph A. (Tony) Rodriguez, Esq.
    Law Office of Phil A. Bellamy   Rodriguez, Colvin & Chaney, L.L.P.
    815 Ridgewood                   1201 East Van Buren
    Brownsville, TX 78520           P.O. Box 2155
                                    Brownsville, TX 78520

PLEASE TAKE NOTICE that on March 17, 2003, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **Defendant's Answer, Affirmative Defenses and Counterclaims to Plaintiff's First Amended Original Complaint and Defendants' Motion for Leave to File Third-Party Complaint Against Clarence Carroll and Patsy Elaine Carroll**, copies of which are attached hereto and are served upon you.

Date: March 14, 2003

DEFENDANTS, WILLIAM PROTZ, JR.
AND SANTA'S BEST

_____
Attorney for Defendants

Beau T. Greiman
Davi Hirsch
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone:   312-346-8380
Fax:              312-346-8434

Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520
Telephone:   956-542-7441
Fax:              956-541-2170

H:\Docs\37500\37519\Notice of Filing.doc

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney under oath, states that she caused a copy of the attached **Notice of Filing** and **Defendant's Answer, Affirmative Defenses and Counterclaims to Plaintiff's First Amended Original Complaint and Defendants' Motion for Leave to File Third-Party Complaint Against Clarence Carroll and Patsy Elaine Carroll** to be sent to:

| | |
|---|---|
| Phil A. Bellamy, Esq. | Joseph A. (Tony) Rodriguez, Esq. |
| Law Office of Phil A. Bellamy | Rodriguez, Colvin & Chaney, L.L.P. |
| 815 Ridgewood | 1201 East Van Buren |
| Brownsville, TX 78520 | P.O. Box 2155 |
| | Brownsville, TX 78520 |

by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 North LaSalle Street, Chicago, Illinois, on March 14, 2003, prior to 5:00 p.m.

SUBSCRIBED and SWORN
to before me this 14 day
of March, 2003.

_____
NOTARY PUBLIC

OFFICIAL SEAL
APRIL BERNATH
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06/12/06

3