IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, | ) ) ) |
| Plaintiffs, | ) Case No. B-02 079 |
| vs. | ) ) |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF FILING**

TO:   Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

PLEASE TAKE NOTICE that on March 17, 2003, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **Defendant's Motion to Extend Deadline for Dispositive Motions**, a copy of which is attached hereto and is served upon you.

Date:  March 17, 2003

Respectfully Submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
Attorney In Charge
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170

Beau T. Greiman
Illinois Bar No. 6225076
LEVENFELD PEARLSTEIN
2 North La Salle Street, Suite 1300
Chicalgo, Illinois 60602
Telephone: (312) 476-7607
Telecopier: (312) 346-8434

ATTORNEYS FOR DEFENDANTS,
WILLIAM F. PROTZ, JR. and
SANTA'S BEST

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
Attorneys for Plaintiff

Beau T. Greiman
LEVENFELD PEARLSTEIN
2 North La Salle Street, Suite 1300
Chicalgo, Illinois 60602

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 17 day of March, 2003.

_____
Joseph A. "Tony" Rodriguez