IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 17 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, and ACCESORIOS ILIMITADOS, Plaintiffs, vs. WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, Defendants. | Case No. B-02 079 |

## DEFENDANTS' MOTION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS

NOW COME Defendants, Santa's Best ("Santa's Best") and William F. Protz, Jr. ("Protz") (collectively the "Defendants"), and for their motion to extend the deadline for dispositive motions in this case, state as follows:

1. Under the terms of this Court's September 4, 2002 scheduling order, the deadline for the parties to file dispositive motions is March 17, 2003. (Ex. A at 1.) This date was scheduled to occur approximately one month after the close of discovery. (*Id.*)

2. By letter agreement, the parties have extended the deadline for the close of discovery to May 2, 2003. (Ex. B at 1.) However, the parties inadvertently failed to consider the issue of extending the deadline for dispositive motions.

3. Defendants' counsel did not notice this discrepancy until late in the day on Friday, March 14, 2003. Defendants' counsel attempted to contact Plaintiffs' counsel regarding this issue, but Plaintiffs' counsel was occupied with a hearing on a motion for temporary restraining order in another case and unavailable according to his secretary.

4. Defendants' respectfully submit that it is appropriate to extend the

deadline for dispositive motions to a month after discovery closes by agreement, *i.e.* June 2, 2003.

WHEREFORE, Defendants respectfully request that this Court will extend the deadline for the parties to file dispositive motions to June 2, 2003 by entering an order in the form of the order attached as Exhibit C.

Date:   March 17, 2003

Respectfully Submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Joseph A. "Tony" Rodriguez
Attorney In Charge
State Bar No. 17146600
Southern District of Texas Bar No. 10107
1201 East Van Buren Street
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170


Beau T. Greiman
Illinois Bar No. 6225076
LEVENFELD PEARLSTEIN
2 North La Salle Street, Suite 1300
Chicago, Illinois  60602
Telephone: (312) 476-7607
Telecopier: (312) 346-8434

ATTORNEYS FOR DEFENDANTS,
WILLIAM F. PROTZ, JR. and
SANTA'S BEST

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record, to-wit:

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
Attorneys for Plaintiff

Beau T. Greiman
LEVENFELD PEARLSTEIN
2 North La Salle Street, Suite 1300
Chicalgo, Illinois 60602

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 17 day of March, 2003.

_____
Joseph A. "Tony" Rodriguez

The case will remain on standby until tried.

Signed _September 4_, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

By: _____
Joseph A. "Tony" Rodriguez
Attorney-in-Charge
Federal Admissions No. 10107
State Bar No. 17146600
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Telecopier: (956) 541-2170
Attorneys for Defendants

By: _____
Phil A. Bellamy
The Law Offices of Phil A. Bellamy,
State Bar No. 00787065
Federal ID No. 17505
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-2201 (Fax)
Attorney for Plaintiffs

**EXHIBIT A**

25

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

BORDER ALLIANCE, L.L.C., a )
Texas limited liability company, and )
ACCESORIOS ILIMITADOS, a )
Mexican corporation, )
  )
        Plaintiffs, )   Civil Action No. B-02 079
vs. )
  )
WILLIAM F. PROTZ, JR. and )
SANTA'S BEST, an Illinois )
general partnership, )
  )
        Defendants. )

## SCHEDULING ORDER

1. Trial: Estimated to try: __4__ days.    ____ Bench __X__ Jury

2. New parties must be joined by:    October 11, 2002

3. The plaintiff's experts will be named with a report furnished by:    November 13, 2002

4. The defendant's expert's will be named with a report furnished by:    December 13, 2002

5. Discovery must be completed by:    February 14, 2003

6. Deadline for submission of documents regarding Motion to Dismiss to be filed no later than one (1) month before trial. (See #7)

******************The Court will provide these dates.****************

7. Dispositive Motions will be filed by:    3/17/03

8. Joint pre-trial order is due:    5/22/03
   The plaintiff is responsible for filing the pretrial order on time.

9. Docket Call and final pretrial conference is set for 1:30 p.m. on:    6/5/03

10. Jury Selection is set for 9:00 a.m. on:    6/9/03

**EXHIBIT B**

**LEVENFELD PEARLSTEIN**
WWW.LPLEGAL.COM

Beau T. Greiman
312.458.0514
BGREIMAN@LPLEGAL.COM
CHICAGO OFFICE

February 5, 2003



<u>VIA FACSIMILE - 956.544.7201</u>

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

Re:   Border Alliance, et al. v. William F. Protz, Jr., et al.
      Our File No. 28674-37519

Dear Mr. Bellamy:

The purpose of this letter is to confirm our telephone conversation earlier today regarding the new discovery schedule to which we have agreed. I understand that both sides are anticipating the designation of additional experts and wish to conduct further discovery. As a result, we have agreed to extend the deadline for all parties to designate additional experts and submit their reports until March 31, 2003. In addition, I understand that the deadline for the parties to complete discovery has been extended to May 2, 2003, during which time all parties may conduct additional written or oral discovery.

If I have correctly set forth our agreement, please sign in the space indicated below and forward a fully executed copy to Tony Rodriguez so that he may file it with the court.

Very truly yours,

*Beau T. G[signature]*

Beau T. Greiman

BTG/jmm

cc:   Joseph (Tony) Rodriguez *(Via Facsimile - 1-956-541-2170)*
      Davi L. Hirsch *(Via Facsimile – 1-847-441-9976)*

Agreed: _____[signature]_____
        Phil A. Bellamy

Date: __2/5/03__

D:\RIGHTFAX\outgoing\00029482.000.DOC

**EXHIBIT C**