43

# LEVENFELD PEARLSTEIN
WWW.LPLEGAL.COM

Beau T. Greiman
312.476.7514
BGREIMAN@LPLEGAL.COM
CHICAGO OFFICE

March 18, 2003



**VIA FACSIMILE - 956.544.7201**

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

MAR 1 8 2003

Michael N. Milby
Clerk of Court

Re: Border Alliance, et al. v. William F. Protz, Jr., et al.
Our File No. 26674-37519

CAB-02-79

Dear Mr. Bellamy:

The purpose of this letter is to confirm our agreement concerning various pretrial deadlines in this case. First, we have agreed that plaintiffs may have until March 24, 2003 to respond to defendant William F. Protz, Jr.'s first set of interrogatories to plaintiffs and defendant Santa's Best's second request for production to plaintiffs. We have further agreed that all parties shall have until April 15, 2003 to file any dispositive motions they wish to file. We further agreed that plaintiffs shall present Emily Hernandez and Mitzy Perla Motta Ariza for their depositions on or before April 8, 2003. The dispositive motions' deadline is being reset with the understanding that the above-mentioned depositions will occur on or before April 8, 2003.

If you believe this letter accurately sets forth our agreement, please sign below and forward a copy of this letter to Joseph Rodriguez for filing with the Court.

Very truly yours,

*[signature: Beau T. Greiman]*

Beau T. Greiman

BTG/jmm

cc: Joseph (Tony) Rodriguez (*Via Facsimile - 1-956-541-2170*)
Davi L. Hirsch (*Via Facsimile – 1-847-441-9976*)

Agreed: *[signature]*
Phil A. Bellamy

Date: March 18, 2003

D:\RIGHTFAX\outgoing\0002ss69.000.DOC

2 NORTH LA SALLE STREET SUITE 1300 CHICAGO ILLINOIS 60602 TEL 312.346.8380 FAX 312.346.8434
211 WAUKEGAN ROAD SUITE 300 NORTHFIELD ILLINOIS 60093 TEL 847.441.7676 FAX 847.441.9976