**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

United States District Court
Southern District of Texas
FILED

MAR 2 6 2003

Michael N. Milby
Clerk of Court

March 24, 2003

Mr. Beau T. Greiman                              Fax no. (312) 346-8434
Levenfeld & Pearlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603

Re: Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitades vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Greiman:

I write to confirm that you have agreed to allow Plaintiffs until March 28, 2003 to respond to *Defendant William F. Protz, Jr.'s First Set of Interrogatories to Plaintiffs* and *Defendant Santa's Best's Second Request for Production to Plaintiffs*.

I also write to confirm our agreement regarding handwriting experts. I have agreed to send the original lease agreement to your expert, George Pearl, (404) 872-2577, 2139 Liddell NE, Atlanta, Georgia 30324-4132, by FedEx by Friday, March 28, 2003. The supplementation of his report is due no later than two weeks after his receipt of the original lease agreement. You have agreed to have Mr. Pearl send me the original lease agreement and the original confidentiality agreement by FedEx by no later than April 4, 2003. You have agreed to extend my deadline for designating a handwriting expert and providing his report to May 9, 2003.

If the above accurately reflects our agreement, please sign below and return a copy of this letter to me by fax.

Sincerely,

*Phil A. Bellamy*
Phil A. Bellamy

PAB:sm
C:\MyFiles\PB\02-196-Carroll\Greimanltr5.wpd

cc: Border Alliance

_____
Mr. Beau T. Greiman