United States District Court
Southern District of Texas
FILED

MAR 28 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

BORDER ALLIANCE, )
and ACCESORIOS ILIMITADOS, )
                                )
        Plaintiffs,              )   Case No. B-02 079
                                )
vs.                             )
                                )
WILLIAM F. PROTZ, JR. and       )
SANTA'S BEST, an Illinois       )
general partnership,            )
                                )
        Defendants.              )

**NOTICE OF WITHDRAWAL OF MOTION TO EXTEND
DEADLINE FOR DISPOSITIVE MOTIONS**

TO:   Phil A. Bellamy, Esq.              Joseph A. (Tony) Rodriguez, Esq.
      Law Office of Phil A. Bellamy      Rodriguez, Colvin & Chaney, L.L.P.
      815 Ridgewood                      1201 East Van Buren
      Brownsville, TX 78520              P.O. Box 2155
                                         Brownsville, TX 78520

NOW COME Defendants, Santa's Best ("Santa's Best") and William F. Protz, Jr. ("Protz") (collectively the "Defendants"), and hereby withdraw their motion to extend the deadline for dispositive motions in this case, and state as follows:

1.   On March 17, 2003, Defendants filed a motion to extend the deadlines for dispositive motions in this case.

2.   Subsequent to the filing of said motion, the parties came to an agreement concerning the various pretrial deadlines in this case, memorialized in the form of a letter attached as Ex. A.

WHEREFORE, Defendants respectfully withdraws the motion to extend deadlines for dispositive motions filed with this Court on March 17, 2003.

Date:  March 27, 2003

**DEFENDANTS, WILLIAM PROTZ, JR. AND SANTA'S BEST**

By: _____
One of Their Attorneys

Beau T. Greiman
Davi Hirsch
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:   312-346-8380
Fax:              312-346-8434

Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX  78520
Telephone:   956-542-7441
Fax:              956-541-2170

H:\Docs\37500\37519\Mtn to Withdraw Mtn.doc

# EXHIBIT A

## RODRIGUEZ, COLVIN & CHANEY, L.L.P.
### ATTORNEYS AT LAW
A REGISTERED LIMITED LIABILITY PARTNERSHIP

EDUARDO ROBERTO RODRIGUEZ
NORTON A. COLVIN, JR.
MITCHELL C. CHANEY
MARJORY C. BATSELL
JAIME A. SAENZ*
JOSEPH A. (TONY) RODRIGUEZ
ALISON D. KENNAMER

OF COUNSEL
BENJAMIN S. HARDY (1912-1993)
ORRIN W. JOHNSON
NEIL E. NORQUEST
CHRIS A. BRISACK
RAYMOND A. COWLEY‡

1201 EAST VAN BUREN
P. O. BOX 2155
BROWNSVILLE, TEXAS 78522
TELEPHONE (956) 542-7441
TELECOPIER (956) 541-2170
www.rcclaw.com

LAURA J. URBIS
LECIA L. CHANEY
R. PATRICK RODRIGUEZ
ROSAMARIA VILLAGÓMEZ-VELA
TERI L. DANISH
SARAH A. NICOLAS

*BOARD CERTIFIED IN PERSONAL
INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

‡BOARD CERTIFIED IN LABOR AND
EMPLOYMENT LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

March 18, 2003

Mr. Michael Milby
United States District Clerk
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

*Via Hand Delivery*

Re: Civil Action No. B-02-079
Border Alliance, et al. v. William F. Protz, Jr., et al.

Dear Mr. Milby:

Enclosed please find an original and one copy of the *Agreement Between Parties regarding pretrial deadlines* which I would request that you file in the above cause.

By copy hereof, I am serving all counsel of record with a copy of the above document. Thank you for your assistance in this matter.

Very truly yours,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

Joseph A. "Tony" Rodríguez

JAR:jm
Enclosures
cc: Mr. Phil A. Bellamy
Law Office of Phil A. Bellamy
Attorneys at Law
815 Ridgewood
Brownsville, Texas 78520

Ms. Davi L. Hirsch
LEVENFELD PEARLSTEIN
211 Waukegan Road, Suite 300
Northfield, Illinois 60093

Mr. Beau T. Greiman
Levenfeld Pearlstein
Attorneys at Law
2 North La Salle Street, Suite 1300
Chicago, Illinois 60602

MCALLEN, TEXAS OFFICE: 4900 NORTH 10TH STREET, BUILDING A-2, 78504, TELEPHONE (956) 686-1287 TELECOPIER (956) 686-6197
HARLINGEN, TEXAS OFFICE: 402 EAST VAN BUREN STREET, 78550, TELEPHONE (956) 423-0213 TELECOPIER (956) 423-2035

# LEVENFELD PEARLSTEIN
WWW.LPLEGAL.COM

Beau T. Greiman
312.476.7514
BGREIMAN@LPLEGAL.COM
CHICAGO OFFICE

March 18, 2003



VIA FACSIMILE - 956.544.7201

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

Re: Border Alliance, et al. v. William F. Protz, Jr., et al.
Our File No. 26674-37519

Dear Mr. Bellamy:

The purpose of this letter is to confirm our agreement concerning various pretrial deadlines in this case. First, we have agreed that plaintiffs may have until **March 24, 2003** to respond to defendant William F. Protz, Jr.'s first set of interrogatories to plaintiffs and defendant Santa's Best's second request for production to plaintiffs. We have further agreed that all parties shall have until **April 15, 2003** to file any dispositive motions they wish to file. We further agreed that plaintiffs shall present Emily Hernandez and Mitzy Perla Motta Ariza for their depositions on or before **April 8, 2003**. The dispositive motions' deadline is being reset with the understanding that the above-mentioned depositions will occur on or before April 8, 2003.

If you believe this letter accurately sets forth our agreement, please sign below and forward a copy of this letter to Joseph Rodriguez for filing with the Court.

Very truly yours,

Beau T. Greiman

BTG/jmm

cc: Joseph (Tony) Rodriguez (Via Facsimile - 1-956-541-2170)
Davi L. Hirsch (Via Facsimile – 1-847-441-9976)

Agreed: _____
Phil A. Bellamy

Date: March 18, 2003

D:\RIGHTFAX\outgoing\0002ss69.000.DOC

2 NORTH LA SALLE STREET SUITE 1300 CHICAGO ILLINOIS 60602 TEL 312.346.8380 FAX 312.346.8434
211 WAUKEGAN ROAD SUITE 300 NORTHFIELD ILLINOIS 60093 TEL 847.441.7676 FAX 847.441.9976