United States District Court
Southern District of Texas
FILED

MAR 3 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § § | |
| VS. | § § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

**PLAINTIFFS' CERTIFICATE OF DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 28th day of March, 2003, Plaintiffs served the following:

1. *Plaintiffs' Objections and Answers to Defendant William F. Protz, Jr.'s First Set of Interrogatories to Plaintiffs;* and
2. *Plaintiffs' Objections and Responses to Defendant Santa's Best's Second Request for Production of Documents to Plaintiffs.*

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: /s/ Phil A. Bellamy
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 28th day of March, 2003, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 3150 0002 0963 1410)

Beau T. Greiman
Levenfeld & Peatlstein
2 North LaSalle St. Suite 1300
Chicago, Illinois 60602
(CM-RRR No. 7002 3150 0002 0963 1427)

_____
Phil A. Bellamy

**LEVENFELD PEARLSTEIN**
WWW.LPLEGAL.COM

Beau Greiman
312-476-7514
BGREIMAN@LPLEGAL.COM
Chicago Office



# Fax

To: Mr. Phil A. Bellamy, Esq.
Fax: 956.544.7201
Date: Thursday, March 27, 2003
Time: 2:45 PM

Pages:
Phone:
Client: 26674
Matter: 37519

Re: Border Alliance, et al. v. William F. Protz, Jr., et al.
Our File No. 26674-37519

Attached please find my agreement in regard to the deposition of Patsy Elaine Carroll. As far as the copies of Plaintiffs' document production, please just send copies to me. I will take care of getting copies to Mr. Rodriguez.

Thank you.

Very truly yours,

Beau T. Greiman

BTG/jmm
Attachment

**IMPORTANT:**
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS BELOW VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.

IF A PROBLEM OCCURS DURING TRANSMISSION OF MATERIALS, PLEASE CALL OUR OFFICE AT 312.346.8380 AS SOON AS POSSIBLE. THANK YOU.

## LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

March 26, 2003

Mr. Beau T. Greiman                             Fax no. (312) 346-8434
Levenfeld & Peatlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603

Re: Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitados vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Greiman:

I write to confirm that you have agreed to allow Plaintiffs until March 27, 2003 to return the original deposition of Patsy Elaine Carroll to the Court Reporter.

If the above accurately reflects our agreement, please sign below and return a copy of this letter to me by fax.

Sincerely,

Phil A. Bellamy

PAB:sm
C:\MyFiles\PB\02-196-Carroll\Greiman\rs.wpd

cc:  Border Alliance

_____
Mr. Beau T. Greiman