IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 28 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, <br><br> Defendants. | Case No. B-02 079 |

### NOTICE OF FILING CHANGE OF ADDRESS

TO:  Phil A. Bellamy, Esq.            Joseph A. (Tony) Rodriguez, Esq.
     Law Office of Phil A. Bellamy    Rodriguez, Colvin & Chaney, L.L.P.
     815 Ridgewood                    1201 East Van Buren
     Brownsville, TX  78520           P.O. Box 2155
                                      Brownsville, TX  78520

PLEASE TAKE NOTICE that the new address of the law firm **LEVENFELD PEARLSTEIN** is as follows:

2 North LaSalle Street
Suite 1300
Chicago, Illinois 60602

Name: Beau T. Greiman                        Attorneys for Santa's Best
      Davi L. Hirsch
Address: 2 North LaSalle Street, Suite 1300  City: Chicago, Illinois 60602
Phone: (312) 346-8380                        Firm ID: 36518

### PROOF OF SERVICE

I, Cynthia Lukey, a non-attorney, certify that I filed this Notice of Change of Address with the Clerk of the Court and upon the party(ies) listed above by serving same by U.S. Mail chute at 2 North LaSalle, Chicago, Illinois, before 5:00 p.m. this 25th day of March, 2003.

Cynthia Lukey

H:\Docs\37500\37519\NOF-COA.doc