United States District Court
Southern District of Texas
FILED

APR 16 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

BORDER ALLIANCE, L.L.C., and )
ACCESORIOS ILIMITADOS, )
                              )
         Plaintiffs,          )   Case No. B-02 079
                              )
vs.                           )
                              )
WILLIAM F. PROTZ, JR. and     )
SANTA'S BEST, an Illinois     )
general partnership,          )
                              )
         Defendants.          )

## NOTICE OF FILING

TO:  Phil A. Bellamy, Esq.              Joseph A. (Tony) Rodriguez, Esq.
     Law Office of Phil A. Bellamy      Rodriguez, Colvin & Chaney, L.L.P.
     815 Ridgewood                      1201 East Van Buren
     Brownsville, TX 78520              P.O. Box 2155
                                        Brownsville, TX 78520

PLEASE TAKE NOTICE that on April 15, 20033, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **Defendant's Motion for Summary Judgment and Memorandum in Support**, copies of which are attached hereto and are served upon you.

Date: April 15, 2003

                                        DEFENDANTS, WILLIAM PROTZ, JR.
                                        AND SANTA'S BEST

                                        _____
                                        Attorney for Defendants

Beau T. Greiman
Davi Hirsch
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone:  312-346-8380
Fax:        312-346-8434

50

Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX  78520
Telephone:   956-542-7441
Fax:              956-541-2170

H:\Docs\37500\37519\3Notice of Filing.doc

2

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney under oath, states that she caused a copy of the attached **Notice of Filing** and **Defendants' Motion for Summary Judgment and Memorandum in Support** to be sent to:

Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

Joseph A. (Tony) Rodriguez, Esq.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520

by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 North LaSalle Street, Chicago, Illinois, on April 15, 2003, prior to 5:00 p.m.

______________________

SUBSCRIBED and SWORN
to before me this 15th day
of April, 2003.

NOTARY PUBLIC

OFFICIAL SEAL
CYNTHIA LUKEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-2006