IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, <br><br> Defendants. | United States District Court<br>Southern District of Texas<br>FILED<br><br>APR 1 6 2003<br><br>Michael N. Milby<br>Clerk of Court<br><br>Civil Action No. B-02 079<br><br><br>ORAL HEARING REQUESTED |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendants, William F. Protz, Jr. and Santa's Best and, for all of the reasons set forth in their memorandum in support of this Motion, respectfully request that this Court enter summary judgment in their favor as to all of Plaintiffs' claims in this case in the form of the attached order. **Defendants further request that this Court grant them an oral hearing concerning this Motion.**

Dated: April 15, 2003

                                        DEFENDANTS, WILLIAM PROTZ, JR.
                                        AND SANTA'S BEST

                                        By: _____
                                              One of Their Attorneys

Beau T. Greiman
Davi Hirsch
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:   312-346-8380
Fax:              312-346-8434

51

Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520
Telephone: 956-542-7441
Fax: 956-541-2170

H:\Docs\37500\37519\Mot Sum Judg.doc