55

**UNITED STATES DISTRICT COURT**   ★   **SOUTHERN DISTRICT O**~~United States District Court~~
~~Southern District of Texas~~
ENTERED

MAY 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BORDER ALLIANCE, ET AL | § |
| | § |
| *versus* | § |
| | § |
| WILLIAM  F. PROTZ, JR., ET AL | § |

CIVIL ACTION  B-02-79

## Order Re-Setting Docket Call and Jury Selection

1.  The docket call and final pretrial conference
    has been reset for 1:30 p.m. on:          **June 4, 2003**

2.  Jury selection is reset for 9:00 a.m. on:          **June 5, 2003**
    *The case will remain on standby until tried.*

3.  Each party shall appear by an attorney with full knowledge of the facts and
    authority to bind the client.

Signed _____, 2003 at Brownsville, Texas.


_____
Hilda G. Tagle
United States District Judge