IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, | ) ) ) |
| Plaintiffs, | ) ) Case No. B-02 079 |
| vs. | ) ) ) |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) ) |
| Defendants. | ) |

United States District Court
Southern District of Texas
FILED
MAY 0 2 2003
Michael N. Milby
Clerk of Court

## NOTICE OF FILING

TO:   Phil A. Bellamy, Esq.  
Law Office of Phil A. Bellamy  
815 Ridgewood  
Brownsville, TX 78520  

Joseph A. (Tony) Rodriguez, Esq.  
Rodriguez, Colvin & Chaney, L.L.P.  
1201 East Van Buren  
P.O. Box 2155  
Brownsville, TX 78520  

PLEASE TAKE NOTICE that on May 1, 2003, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **Motion for Leave to File Defendants' Amended Answer, Affirmative Defenses and Counterclaims to Plaintiff's First Amended Original Complaint**, copies of which are attached hereto and are served upon you.

Date: April 30, 2003

**DEFENDANTS, WILLIAM PROTZ, JR. AND SANTA'S BEST**

_____
Attorney for Defendants

Beau T. Greiman
Davi Hirsch
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60603
Telephone:   312-346-8380
Fax:              312-346-8434

Joseph A. (Tony) Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520
Telephone:   956-542-7441
Fax:              956-541-2170

H:\Docs\37500\37519\Notice of Filing 2.doc

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF COOK           )

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney under oath, states that she caused a copy of the attached **Notice of Filing** and **Motion for Leave to File Defendant's Amended Answer, Affirmative Defenses and Counterclaims to Plaintiff's First Amended Original Complaint** to be sent to:

| | |
|---|---|
| Phil A. Bellamy, Esq. | Joseph A. (Tony) Rodriguez, Esq. |
| Law Office of Phil A. Bellamy | Rodriguez, Colvin & Chaney, L.L.P. |
| 815 Ridgewood | 1201 East Van Buren |
| Brownsville, TX 78520 | P.O. Box 2155 |
| | Brownsville, TX 78520 |

by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 North LaSalle Street, Chicago, Illinois, on April 30, 2003, prior to 5:00 p.m.

_Monica O'Toole_

SUBSCRIBED and SWORN
to before me this 30th day
of April, 2003.

_Cynthia Lukey_
NOTARY PUBLIC

OFFICIAL SEAL
CYNTHIA LUKEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-2006