United States District Court
Southern District of Texas
FILED

MAY 0 5 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-079 |
| | § | |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Border Alliance and Accesorios Ilimitados, Plaintiffs, file this their *Unopposed Motion to Extend Deadline for Plaintiffs to File Their Response to Defendants' Motion for Summary Judgment and Memorandum in Support* and would show the Court the following:

1. Plaintiffs need additional time to respond to *Defendants' Motion for Summary Judgment and Memorandum in Support* (the "*Motion*").

2. Plaintiffs did not receive the *Motion* until on or after Saturday, April 19, 2003.

3. The *Motion* was sent to Plaintiffs from Chicago by certified mail, return receipt requested.

4. The *Motion* was filed with the Court on April 16, 2003 and the Court set the response/submission date on that basis.

5. Plaintiffs request that Court extend the deadline for the filing of their response and reset the submission date to Monday, May 12, 2003.

6. **Certificate of Conference:** Joseph A. (Tony) Rodriguez and Beau Greiman, counsel for Defendants, do not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court extend the deadline for the filing of their response to the *Motion* and reset the submission date to Monday, May 12, 2003, and for such other and further relief, at law or in equity, legal or special, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 5th day of May, 2003, I served counsel of record as shown below with a true and correct copy of the foregoing *Unopposed Motion to Extend Deadline for Plaintiffs to File Their Response to Defendants' Motion for Summary Judgment and Memorandum in Support* by fax to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(fax no. 541-2170)

Beau Greiman
Levenfeld Pearlstein
2 North La Salle St., Suite 1300
Chicago 60602
(fax no. 312-346-8434)

Phil A. Bellamy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, ET AL. | § |
| | § |
| VS. | § CIVIL NO. B-02-079 |
| | § |
| WILLIAM F. PROTZ, JR., ET AL. | § |

### ORDER GRANTING
### UNOPPOSED MOTION TO EXTEND
### DEADLINE FOR PLAINTIFFS TO FILE THEIR RESPONSE TO
### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND
### MEMORANDUM IN SUPPORT

On this day came on for consideration the *Unopposed Motion to Extend Deadline for Plaintiffs to File Their Response to Defendants' Motion for Summary Judgment and Memorandum in Support*, and the Court, having considered the pleadings, evidence, and arguments of counsel, is of the opinion that said Motion should be granted. It is therefore

ORDERED that Plaintiffs' *Unopposed Motion to Extend Deadline for Plaintiffs to File Their Response to Defendants' Motion for Summary Judgment and Memorandum in Support* is hereby granted.

IT IS FURTHER ORDERED that Plaintiffs file their response to *Defendants' Motion for Summary Judgment and Memorandum in Support* on or before May 12, 2003.

SIGNED this _____ day of _____, 2003 at Brownsville, Texas.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE