United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

**PLAINTIFFS' CERTIFICATE OF DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 2nd day of May, 2003, Plaintiffs served the following:

1. *Plaintiffs' First Supplemental Objections and Answers to Defendant William F. Protz, Jr.'s First Set of Interrogatories to Plaintiffs;*
2. *Plaintiffs' Second Supplemental Objections and Answers to Defendant Santa's Best's First Set of Interrogatories to Plaintiffs;*
3. *Plaintiffs' Third Supplemental Objections and Responses to Defendant Santa's Best's First Request for Production of Documents to Plaintiffs;*
4. *Plaintiffs' First Supplemental Objections and Responses to Defendant Santa's Best's Second Request for Production of Documents to Plaintiffs;* and
5. *Supplementation of Plaintiffs' Designation of Experts.*

The above were served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: /s/ Phil A. Bellamy
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 2nd day of May, 2003, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 3150 0002 0962 8861)

Beau T. Greiman
Levenfeld & Peatlstein
2 North LaSalle St. Suite 1300
.Chicago, Illinois 60602
(CM-RRR No. 7002 3150 0002 0962 8878)

_____
Phil A. Bellamy