# In-Chamber Minutes

| | | | | |
|---|---|---|---|---|
| JUDGE | Hilda G. Tagle | | | |
| CASE MANAGER | Stella Cavazos | | | |
| LAW CLERK | ☐ Nicolas | | ☒ Levesque | |
| DATE | 05 | 06 | 03 | |
| TIME | 3:30 p.m. | | 4:00 p.m. | |
| CIVIL ACTION | B | 02 | 79 | |
| STYLE | Border Alliance, et al *versus* William F. Protz, et al | | | |

United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby, Clerk of Court

DOCKET ENTRY:

(HGT)  ■ Teleconference held In-Chambers

Phil Bellamy for Plaintiffs

Beau Greiman for Defendants

**Comments**:

Parties have agreed to mediation and for A.C. Nelson to mediate the case subject to the courts' approval. Parties feel that mediation will be successful in this case. Mr. Bellamy made an attempt earlier today to get some possible dates for mediation, but Mr. Nelson was not available. Mr. Bellamy will notify the Court once a mediation date is confirmed.

*Ruling*: Court will grant the extension of deadlines; and will reset the case for trial in August, 2003 to allow the parties to attend mediation before A.C. Nelson. An order will follow and an amended scheduling order will be entered.