**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **BORDER ALLIANCE, L.L.C., ET AL.**<br>**Plaintiffs** | §<br>§<br>§ | |
| **v.** | §<br>§ | **C.A. No. B-02-79** |
| **WILLIAM F. PROTZ, JR. AND**<br>**SANTA'S BEST**<br>         **Defendants.** | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on May 9, 2003, at the request of the parties, the Court **ORDERED** mediation in the above captioned case. The parties have informed the Court that mediation is to begin on Wednesday, May 28, 2003, with A.C. Nelson acting as mediator. The parties are further **ORDERED** to submit a status report on their mediation efforts within one week of completion of mediation.

In light of this scheduled mediation, the Court **VACATES** its earlier September 4, 2002, scheduling order. If necessary, after receipt of the parties' mediation status report, the Court will enter a new scheduling order re-setting the dispositive motion deadlines and trial date. The parties are forewarned that the dispositive motion deadline will likely be set for mid-June, and absent extreme and extenuating circumstances, the motion deadlines and response dates will not be altered.

Furthermore, the Court **STRIKES** Defendants' Motion for Summary Judgment [Dkt. No. 52] because Defendants submitted this motion one month past the deadline established in the September 4, 2002, scheduling order. Additionally, Plaintiffs' Unopposed Motion to Extend Deadline to File a Response to Defendants' Motion for Summary Judgment is **DENIED as moot** as a new dispositive motion deadline will be set.

1

Finally, the parties are reminded that all filings must contain the attorneys' state bar and federal bar number beneath the signature line.

DONE this 9th day of May 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge