**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 548-9345
(956) 544-7201 Fax

United States District Court
Southern District of Texas
FILED
MAY 09 2003
Michael N. Milby
Clerk of Court

May 8, 2003

Ms. Estella Cavazos         Fax no. 548-2598
Case Manager
Hon. Hilda G. Tagle
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

Re: Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitados vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Ms. Cavazos:

I write to advise the Court that the parties, their counsel, and A.C. Nelson have agreed to mediate the above-styled and numbered cause at that the Law Offices of A. C. Nelson on Wednesday, May 28, 2003, beginning at 8:00 a.m.

Sincerely,

Phil A. Bellamy

PAB:sm
Encl.
C:\MyFiles\PB\02-196-Carroll\Cavazosltr.wpd

cc: Border Alliance
Mr. A. C. Nelson (Fax no.: 541-1488)
Joseph A. Rodriguez (Fax no.: 956-541-2170)
Beau T. Greiman (Fax no.: 312-346-8434)
Davi L. Hirsch (Fax no.: 847-441-9976)