65

| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |

BORDER ALLIANCE, L.L.C., ET AL §

vs. § Civil Action No. B-02-79

WILLIAM F. PROTZ, JR. AND §
SANTA'S BEST

United States District Court
Southern District of Texas
ENTERED
MAY 14 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

**AMENDED
SCHEDULING ORDER**

1. The parties to participate in mediation beginning on:                    5/28/03

2. The parties to submit a joint mediation status report by:                6/4/03

3. Dispositive Motions will be filed by:                                    6/16/03

4. Joint pretrial order is due:                                             7/17/03

5. Docket Call and final pretrial conference is set for 1:30 p.m. on:       7/31/03

6. Jury Selection is set for 9:00 a.m. on:                                  8/4/03
   *(The case will remain on standby until tried)*

Signed _____May 13_____, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge