United States District Court
Southern District of Texas
FILED

MAY 1 6 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

## PLAINTIFFS' CERTIFICATE OF DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

On this the 14th day of May, 2003, Plaintiffs served the following:

• *Second Supplementation of Plaintiffs' Designation of Experts.*

The above was served on the counsel listed below on the certificate of service by the means of service indicated.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that today, the 14th day of May, 2003, I served lead Counsel of Record as shown below, with a true and correct copy of the foregoing *Plaintiffs' Certificate of Discovery* by causing deposit thereof in a post office or official depository under the care and custody of the United States Postal Service in a postpaid properly addressed wrapper to:

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(CM-RRR No. 7002 3150 0002 0962 9097)

Beau T. Greiman
Levenfeld & Peatlstein
2 North LaSalle St. Suite 1300
Chicago, Illinois 60602
(CM-RRR No. 7002 3150 0002 0962 9103)

_____
Phil A. Bellamy