# LAW OFFICE OF PHIL A. BELLAMY

815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

June 2, 2003

Mr. Michael Milby
United States District Clerk
United States Courthouse
600 East Harrison Street
Brownsville, Texas 78520

United States District Court
Southern District of Texas
FILED

JUN 03 2003

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
RECEIVED

JUN - 3 2003

Michael N. Milby
Clerk of Court

Re: Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitados vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Milby:

Enclosed for filing in the above-styled and numbered cause, please find the original and two copies of the following:

1. *Agreement* entered on May 14, 2003; and
2. *Agreement* entered on May 19, 2003.

Please return the extra copies of the *Agreements* (file-stamped) to my office. Thank you for your courtesies and assistance in this matter. Please call me if you have any questions.

Sincerely,

Phil A. Bellamy

PAB:sm
Encl.
C:\MyFiles\PB\02-196-Carroll\USCVRLTR21.wpd

cc: Border Alliance
    Mr. Beau Greiman
    Mr. Joseph A. Rodriguez

# LAW OFFICE OF PHIL A. BELLAMY

815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

May 14, 2003

Mr. Beau T. Greiman                                            Fax no. (312) 346-8434
Levenfeld & Pearlstein
33 West Monroe Street, 21st Floor
Chicago, Illinois 60603

Re:   Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitados vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Greiman:

I write regarding the need to take additional depositions in the event that the mediation scheduled for May 28, 2003 is unsuccessful. In particular, you and I have discussed your desire to take the deposition of Cindy Haefke. After we spoke, I remembered that we also need to address depositions that I might want to take of other former employees of Defendants.

I suggest that we agree to extend the date for the taking of depositions to July 15, 2003. Of course, I advised you that I will file a *Motion to Quash the Notice of Intention to Take the Deposition of Cindy Haefke* if the *Notice* provides for the taking of her deposition at a place other than in Cameron County, Texas. However, if we agree to extend the deadline for taking depositions in this case to July 15, 2003, and we work together regarding the date of the deposition of Cindy Haefke, I will not file a *Motion to Quash* based on the failure of Defendants to notice her deposition for an earlier date. Of course, we will work together regarding the dates for any other depositions.

If you are in agreement with the above, please sign a copy of this letter below and return the copy to me by fax. Please do not hesitate to contact me if you have any questions.

Sincerely,

Phil A. Bellamy

PAB:sm
C:\MyFiles\PB\02-196-Carroll\Greimanltr9.wpd
cc:   Border Alliance

_____
Mr. Beau T. Greiman

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 Fax

May 19, 2003

Mr. Beau T. Greiman                           Fax no. (312) 346-8434
Levenfeld & Peatlstein
2 North La Salle Street, Suite 1300
Chicago, Illinois 60602

Re: Civil Action No. B-02-079, Border Alliance and Accesorios Ilimitados vs. William F. Protz, Jr. and Santa's Best, in the United States District Court, Southern District of Texas, Brownsville Division

Dear Mr. Greiman:

I write to confirm that you have agreed to my request to extend the date for Clarence Carroll and Patsy Elaine Carroll to file an answer to Defendants' *Third-Party Complaint Against Clarence Carroll and Patsy Elaine Carroll*.

I had asked for one week, but I now realize that the end of one week falls on Memorial Day (May 26, 2003). Therefore, I ask for an extension until Tuesday, May 27, 2003.

If you are in agreement with the above, please sign a copy of this letter below and return the copy to me by fax. Please do not hesitate to contact me if you have any questions.

Sincerely,

Phil A. Bellamy

PAB:sm
C:\MyFiles\PB\02-196-CarrollGreimanltr10.wpd
cc: Border Alliance

_____
Mr. Beau T. Greiman