69

United States District Court
Southern District of Texas
FILED

JUN 0 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE AND ACCESORIOS ILIMITADOS | § § § | |
| VS. | § § | CIVIL NO. B-02-079 |
| WILLIAM F. PROTZ, JR. AND SANTA'S BEST | § § § | |

## JOINT MEDIATION STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

The parties file this their *Joint Mediation Status Report*, and would respectfully show the Court the following:

1.   On May 28, 2003, the parties and their counsel attempted to mediate this case using the services of A. C. Nelson as a mediator.

2.   While the case did not settle on that date, the parties made progress.

3.   In the afternoon on the date of mediation, Plaintiffs made a proposal which Defendants needed time to investigate.

4.   This investigation as well as settlement discussions are ongoing.

5.   Counsel for the parties will advise the Court of any change as soon as possible.

Respectfully submitted,

LAW OFFICE OF PHIL A. BELLAMY
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _____
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

**RODRIGUEZ COLVIN AND CHANEY**
1201 East Van Buren Street
Brownsville, Texas 78520
(956) 542-7441
(956) 541-2170

By: _____
Joseph A. Rodriguez
State Bar No. 17146600
Federal ID No. 10107
Attorney for Defendants