IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, <br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership,<br><br>Defendants. | Case No. B-02 079 |

### NOTICE OF FILING

TO:  Phil A. Bellamy, Esq.  
Law Office of Phil A. Bellamy  
815 Ridgewood  
Brownsville, TX 78520  

Joseph A. (Tony) Rodriguez, Esq.  
Rodriguez, Colvin & Chaney, L.L.P.  
1201 East Van Buren  
P.O. Box 2155  
Brownsville, TX 78520  

PLEASE TAKE NOTICE that on June 6, 2003, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **DEFENDANTS' AMENDED STATEMENT OF UNDISPUTED FACTS, DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT and DEFENDANTS' MEMORANDUM SUPPORTING THEIR AMENDED MOTION FOR SUMMARY JUDGMENT**, copies of which are attached hereto and are served upon you.

Date: June 6, 2003

**LEVENFELD PEARLSTEIN**

By: _____
Beau T. Greiman

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: 312-346-8380
Fax: 312-346-8434

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78420
Telephone:   956-542-7441
Fax:             956-541-2170
**ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST and WILLIAM PROTZ, JR.**

H:\DOCS\37500\37519\NOTICE OF FILING 3.DOC

STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney under oath, states that she caused a copy of the attached **DEFENDANTS' AMENDED STATEMENT OF UNDISPUTED FACTS, DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT** and **DEFENDANTS' MEMORANDUM SUPPORTING THEIR AMENDED MOTION FOR SUMMARY JUDGMENT** to be sent to:

| | |
|---|---|
| Phil A. Bellamy, Esq. | Joseph A. (Tony) Rodriguez, Esq. |
| Law Office of Phil A. Bellamy | Rodriguez, Colvin & Chaney, L.L.P. |
| 815 Ridgewood | 1201 East Van Buren |
| Brownsville, TX  78520 | P.O. Box 2155 |
| | Brownsville, TX  78520 |

by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 North LaSalle Street, Chicago, Illinois, on June 6, 2003, prior to 5:00 p.m.

_____

SUBSCRIBED and SWORN
to before me this 6th day
of June, 2003.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CYNTHIA LUKEY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-13-2006

7