IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. B-02 079 |
| vs. | ) ) | |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) ) | ORAL HEARING REQUESTED |
| Defendants. | | |

## DEFENDANTS' AMENDED MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendants, William F. Protz, Jr. and Santa's Best and, for all of the reasons set forth in their memorandum in support of this Motion, respectfully request that this Court enter summary judgment in their favor as to all of Plaintiffs' claims in this case in the form of the attached order. **Defendants further request that this Court grant them an oral hearing concerning this Motion.**

Dated: June 5, 2003

LEVENFELD PEARLSTEIN

By: _____
    Beau T. Greiman

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle St., Suite 1300
Chicago, IL  60602
Telephone:  312-346-8380
Fax:        312-346-8434

Attorney in Charge

Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78420
Telephone: 956-542-7441
Fax: 956-541-2170
**ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST and WILLIAM PROTZ, JR.**

H:\Docs\37500\37519\Mot Sum Judg.doc

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. B-02 079 |
| vs. | ) ) | |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) ) | ORAL HEARING REQUESTED |
| Defendants. | | |

## ORDER SETTING HEARING

This matter coming before the Court on Defendants' request for an oral hearing concerning their Amended Motion for Summary Judgment, the Court being fully advised, hereby ORDERS that this case is set for hearing on Defendants' Amended Motion for Summary Judgment on _____, 2003, at _____ m.

Dated: _____

_____
Hilda G. Tagle

Copy to:

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle St., Suite 1300
Chicago, IL 60602
Telephone:  312-346-8380
Fax:        312-346-8434

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78420
Telephone:   956-542-7441
Fax:              956-541-2170
**ATTORNEYS FOR DEFENDANTS,**
**SANTA'S BEST and WILLIAM PROTZ, JR.**

H:\docs\37500\37519\ORDER SETTING HEARING.doc

2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | |
|---|---|
| BORDER ALLIANCE, and ACCESORIOS ILIMITADOS, <br><br> Plaintiffs, <br><br> vs. <br><br> WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. B-02 079 |

## ORDER

THIS MATTER came before the Court on Defendants' motion for summary judgment, the Court being fully advised, ORDERS:

Defendants' motion for summary judgment is granted. Defendants are granted summary judgment as to all of Plaintiffs' claims in this case.

Date: _____, 2003

_____
Hilda G. Tagle

Copy to:

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle St., Suite 1300
Chicago, IL 60602
Telephone: 312-346-8380
Fax: 312-346-8434

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78420
Telephone: 956-542-7441
Fax: 956-541-2170
**ATTORNEYS FOR DEFENDANTS, SANTA'S BEST and WILLIAM PROTZ, JR.**