IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., ET AL.<br>     Plaintiffs | §<br>§<br>§ | |
| v. | §<br>§ | C.A. No. B-02-79 |
| WILLIAM F. PROTZ, JR. AND<br>SANTA'S BEST<br>     Defendants. | §<br>§<br>§<br>§ | |

## ORDER

BE IT REMEMBERED that on June 19, 2003, the Court **GRANTED** Defendants leave to file an amended answer, affirmative defenses, and counterclaims to Plaintiffs' first amended original complaint [Dkt. No. 59].

DONE this 19th day of June 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1