IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, ET AL. | § | |
| | § | |
| VS. | § | CIVIL NO. B-02-079 |
| | § | |
| WILLIAM F. PROTZ, JR., ET AL. | § | |

**United States District Court
Southern District of Texas
FILED

JUN 2 6 2003

Michael N. Milby
Clerk of Court**

## MOTION TO QUASH DEPOSITION NOTICE AND FOR PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Border Alliance and Accesorios Ilimitados, Plaintiffs, file this their *Motion to Quash Deposition Notice and for Protective Order* and would show the Court the following:

1.  Defendants served a *Notice of Deposition* for the deposition of Cindy Haefke to be taken on July 15, 2003 in Manitowoc, Wisconsin.

2.  A deposition out of state would place an undue burden on Plaintiffs and require Plaintiffs to incur undue expense.

3.  Furthermore, Cindy Haefke is a former employee of Defendants who previously advised Plaintiffs that she did not remember anything relevant to the case.

4.  Defendants seek to use their financial strength (annual revenues of approximately $100,000,000.00) to impose an unreasonable financial burden on Plaintiffs.

5.  **Certificate of Conference**: The undersigned has in good faith conferred with opposing counsel in an effort to resolve this dispute without court action. These efforts have been unsuccessful.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs pray that the Court grant this motion, quash the deposition notice for the deposition of Cindy Haefke, enter a protective order

prohibiting the taking of her deposition anywhere other than in Brownsville, Texas, and for such other and further relief, at law or in equity, legal or special, to which Plaintiffs may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF PHIL A. BELLAMY**
815 Ridgewood
Brownsville, Texas 78520
(956) 546-9345
(956) 544-7201 (Fax)

By: _/s/ Phil A. Bellamy_
Phil A. Bellamy
State Bar No. 00787065
Federal ID No. 17505
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I certify that today, June 25, 2003, I served counsel of record as shown below, with a true and correct copy of the foregoing *Motion to Quash Deposition Notice and for Protective Order* by fax to:

Davi Hirsch
Beau T. Greiman
Levenfeld Pearlstein
2 North LaSalle St., Suite 1300
Chicago, IL 60602
(fax no. 312-346-8434)

Joseph A. Rodriguez
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520
(fax no. 541-2170)

_/s/ Phil A. Bellamy_
Phil A. Bellamy