IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., ET AL. | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | C.A. No. B-02-79 |
| | § | |
| WILLIAM F. PROTZ, JR. AND | § | |
| SANTA'S BEST | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

JUN 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER

BE IT REMEMBERED that on June 27, 2003, the Court **ORDERED** Defendants to respond to Plaintiffs' Motion to Quash Deposition Notice and for Protective Order by 1:00 p.m. July 2, 2003.

DONE this 27th day of June, 2003, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

1