United States District Court
Southern District of Texas
FILED

JUN 3 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. B-02 079 |
| vs. | ) ) | |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) | |
| Defendants. | | |

## NOTICE OF FILING

TO:  Phil A. Bellamy, Esq.            Joseph A. (Tony) Rodriguez, Esq.
     Law Office of Phil A. Bellamy     Rodriguez, Colvin & Chaney, L.L.P.
     815 Ridgewood                     1201 East Van Buren
     Brownsville, TX 78520             P.O. Box 2155
                                       Brownsville, TX 78520

PLEASE TAKE NOTICE that on June 26, 2003, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **Defendants' Answer to the Counterclaims of Third-Party Defendants Clarence Carroll and Patsy Elaine Carroll**, a copy of which is attached hereto and is served upon you.

Date: June 26, 2003

LEVENFELD PEARLSTEIN

By: _____
Beau T. Greiman

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:   312-346-8380
Fax:         312-346-8434

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.

1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78520
Telephone: 956-542-7441
Fax: 956-541-2170
**ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST and WILLIAM PROTZ, JR.**

H:\Docs\37500\37519\3Notice of Filing.doc

STATE OF ILLINOIS )
         ) SS
COUNTY OF COOK  )

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney under oath, states that she caused a copy of the attached **Notice of Filing** and **Defendants' Answer to the Counterclaims of Third-Party Defendants Clarence Carroll and Patsy Elaine Carroll** to be sent to:

| | |
|---|---|
| Phil A. Bellamy, Esq.<br>Law Office of Phil A. Bellamy<br>815 Ridgewood<br>Brownsville, TX 78520 | Joseph A. (Tony) Rodriguez, Esq.<br>Rodriguez, Colvin & Chaney, L.L.P.<br>1201 East Van Buren<br>P.O. Box 2155<br>Brownsville, TX 78520 |

by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 North LaSalle Street, Chicago, Illinois, on June 26, 2003, prior to 5:00 p.m.

SUBSCRIBED and SWORN
to before me this 26th day
of June, 2003.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**LOTTTIE COCANIG**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-12-2004