IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, and ACCESORIOS ILIMITADOS, | |
| Plaintiffs, | Case No. B-02 079 |
| vs. | |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | |
| Defendants. | |

## RESPONSE TO PLAINTIFFS' MOTION TO QUASH AND FOR PROTECTIVE ORDER

NOW COME Defendants, William F. Protz, Jr. and Santa's Best, by their attorneys, Levenfeld Pearlstein, and for their response to Plaintiffs' Motion to Quash and for Protective Order, state as follows:

1. Under Rule 30 of the Federal Rules of Civil Procedure, "[a] Party may take the testimony of any person, including a party, by deposition upon oral examination without leave of court "except under certain non-applicable unusual circumstances".

2. Cindy Haefke is expected to provide helpful testimony regarding the circumstances surrounding one of the forged contracts relied upon by Plaintiffs in this case. She is expected to testify she has no memory of sending memoranda attributed to her by Plaintiffs, or having William Protz execute one of the forged contracts as Plaintiffs claim.

3. Plaintiffs can cite no case where a defendant was denied the opportunity to develop positive testimony simply because it was inconvenient for the Plaintiff. Plaintiffs chose to file this lawsuit and prosecute it based on no less than three forged

documents. Plaintiffs cannot now complain it is inconvenient for them to allow the Defendants to gather evidence exposing the frivolous nature of Plaintiffs' claims.

4. Cindy Haefke lives and works in Wisconsin. Under Rule 45(b)(2) of the Federal Rules of Civil Procedure, Defendants cannot subpoena her to testify at trial or by deposition in Brownsville, Texas. However, Defendants have the right under Rule 30 and 45(b)(2) to depose her in Wisconsin, and use that deposition at trial pursuant to Rule 32(a)(3)(B) of the Federal Rules of Civil Procedure.

5. Defendants' annual sales have nothing to do with this issue. Plaintiffs have repeatedly tried to introduce this issue at every opportunity with expectations that it will prejudice this Court and the jury against Defendants. Plaintiffs should not be allowed to proceed with this tactic.

WHEREFORE, Defendants, William F. Protz, Jr. and Santa's Best respectfully request that this Court deny Plaintiffs' Motion to Quash and for a Protective Order.

Date: June 30, 2003

LEVENFELD PEARLSTEIN

By: *Beau T. Greiman* by permission *L. Chaney*
Beau T. Greiman

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:  312-346-8380
Fax:        312-346-8434

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78520
Telephone:	956-542-7441
Fax:	956-541-2170
**ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST and WILLIAM PROTZ, JR.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon all counsel of record, to-wit:

Phil A. Bellamy
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, Texas 78520
Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 30th day of June, 2003.

_____
Joseph A. "Tony" Rodriguez

H:\Docs\37500\37519\ANSWER-3rd-Party Counterclaim.doc

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., a Texas limited liability company, and ACCESORIOS ILIMITADOS, a Mexican corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. B-02 079 |
| vs. | ) ) | |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) | ORAL HEARING REQUESTED |
| Defendants. | ) | |

### ORDER DENYING PLAINTIFFS' MOTION TO QUASH

This matter coming before the Court on Plaintiffs' Motion to Quash deposition notice and for Protective Order, the Court being fully advised, ORDERS:

The Plaintiffs' Motion to Quash deposition notice and for Protective Order is denied.

Dated: _____

_____
Hilda G. Tagle