IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 3 0 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| BORDER ALLIANCE, L.L.C., and ACCESORIOS ILIMITADOS, | ) ) ) |
| Plaintiffs, | ) Case No. B-02 079 ) |
| vs. | ) ) |
| WILLIAM F. PROTZ, JR. and SANTA'S BEST, an Illinois general partnership, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF FILING

TO: Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520

Joseph A. (Tony) Rodriguez, Esq.
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78520

PLEASE TAKE NOTICE that on June 30, 2003, we filed with the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division, **Defendants' Response to Plaintiffs' Motion to Quash and for Protective Order**, a copy of which is attached hereto and is served upon you.

Date: June 30, 2003

LEVENFELD PEARLSTEIN

By: _/s/ Beau T. Greiman_ w/permission by L. Chaney
Beau T. Greiman

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:    312-346-8380
Fax:              312-346-8434

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.

1201 East Van Buren, P.O. Box 2155
Brownsville, TX  78520
Telephone:       956-542-7441
Fax:                  956-541-2170
**ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST and WILLIAM PROTZ, JR.**

H:\Docs\37500\37519\3Notice of Filing.doc

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney under oath, states that she caused a copy of the attached **Notice of Filing** and **Defendants' Response to Plaintiff's Motion to Quash and for Protective Order** to be sent to:

Phil A. Bellamy, Esq.  
Law Office of Phil A. Bellamy  
815 Ridgewood  
Brownsville, TX  78520

Joseph A. (Tony) Rodriguez, Esq.  
Rodriguez, Colvin & Chaney, L.L.P.  
1201 East Van Buren  
P.O. Box 2155  
Brownsville, TX  78520

by first class mail, postage prepaid, by depositing the same in the U.S. Mail Chute located at 2 North LaSalle Street, Chicago, Illinois, on June 30, 2003, prior to 5:00 p.m.

_____  
Joseph A. "Tony" Rodriguez