82

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 1 6 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER ALLIANCE,<br>and ACCESORIOS ILIMITADOS,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM F. PROTZ, JR. and<br>SANTA'S BEST, an Illinois<br>general partnership,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. B-02 079 |

**JOINT NOTICE OF SETTLEMENT
AND WITHDRAWAL OF ALL PENDING MOTIONS**

NOW COME Plaintiffs/Counter-Defendants, Border Alliance and Accesorios Ilimitados, Defendants/Counter-Plaintiffs/Third-Party Plaintiffs, William F. Protz, Jr. and Santa's Best, and Third-Party Defendants, Clarence Carroll and Patsy Elaine Carroll, by and through their respective attorneys, and for their Joint Notice of Settlement and Withdrawal of All Pending Motions, state as follows:

1.      The parties to this case have reached a full and final settlement of all claims currently pending before this Court.

2.      The parties intend to memorialize their settlement in a settlement agreement and submit a stipulation of dismissal of all claims and proposed order of dismissal within the next week.

3.      The parties currently agree and stipulate that all pending motions in this case should be and are withdrawn.

WHEREFORE, all parties respectfully request that this Court will stay all further proceedings in this case pending the submission of a final stipulation and order of dismissal by the parties.

Law Office of Phil A. Bellamy

By_____
      Phil A. Bellamy

Attorney in Charge
State Bar No. 00787065
Southern District of Texas Bar No. 17505
Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520
Telephone:      (956) 546-9345
Fax:               (956) 544-7201
**ATTORNEYS FOR BORDER ALLIANCE,
ACCESORIOS ILIMITADOS, AND THIRD-
PARTY DEFENDANTS, CLARENCE
CARROLL AND
PATSY ELAINE CARROLL**

**Rodriguez, Colvin & Chaney, L.L.P.**

By:_____
      Joseph A. (Tony) Rodriguez

Attorney in Charge
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78520
Telephone:      956-542-7441
Fax:               956-541-2170
**ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST, and
          WILLIAM F. PROTZ, JR.**

2

Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:        312-346-8380
Fax:              312-346-8434

H:\Docs\37500\37519\Joint Notice of Settlement.doc