IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 7 2003

Michael N. Milby
Clerk of Court

BORDER ALLIANCE, )
and ACCESORIOS ILIMITADOS, )
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,　　　　　　　　　) Case No. B-02 079
　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
WILLIAM F. PROTZ, JR. and　　　　　)
SANTA'S BEST, an Illinois　　　　　　)
general partnership,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　　　　)

## STIPULATION OF DISMISSAL

All the parties to this action hereby stipulate and agree that this entire case, including all pending claims, counterclaims and/or cross-claims, should be dismissed with prejudice, with the parties each bearing their own respective costs.

Law Office of Phil A. Bellamy

By /s/ Phil A. Bellamy
　　　　Phil A. Bellamy
Attorney in Charge:
State Bar No. 00787065
Southern District of Texas Bar No.17505
Phil A. Bellamy, Esq.
Law Office of Phil A. Bellamy
815 Ridgewood
Brownsville, TX 78520
Telephone:　956-546-9354
Fax:　　　　956-544-7201
ATTORNEYS FOR BORDER ALLIANCE,
ACCESORIOS ILIMITADOS, AND THIRD-PARTY DEFENDANTS, CLARENCE CARROLL AND PATSY ELAINE CARROLL

Rodriguez, Colvin & Chaney, L.L.P.

By: /s/ Beau T. Greiman
　　　　Beau T. Greiman
Attorney in Charge:
Beau T. Greiman
Illinois Bar No. 6225076
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone:　312-346-8380
Fax:　　　　312-346-8434
Joseph A. (Tony) Rodriguez
State Bar No. 17146600
Southern District of Texas Bar No. 10107
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren, P.O. Box 2155
Brownsville, TX 78520
Telephone:　956-542-7441
Fax:　　　　956-541-2170
ATTORNEYS FOR DEFENDANTS,
SANTA'S BEST, and
WILLIAM F. PROTZ, JR.