IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER ALLIANCE, L.L.C., ET AL. | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | C.A. No. B-02-79 |
| | § | |
| WILLIAM F. PROTZ, JR. AND | § | |
| SANTA'S BEST | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED

JAN 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### ORDER OF DISMISSAL

BE IT REMEMBERED that on December 23, 2003, the Court considered the Parties' Stipulation of Dismissal [Dkt. No. 83 ]. The Court, having been advised by counsel for all parties that they have agreed to dismiss the entire case, including all pending claims, counterclaims and/or cross-claims, **DISMISSES** this case **with prejudice**. All parties shall bear their own costs. The Court retains jurisdiction to enforce any settlement agreement that exists. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 23rd day of December, 2003.

Hilda G. Tagle
United States District Judge